

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

JARRETT B. PERLOW
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

February 18, 2025

2025-1281 - Melinta Therapeutics, LLC v. Nexus Pharmaceuticals, Inc.

## NOTICE OF NON-COMPLIANCE

The document (Opening Brief) submitted by Nexus Pharmaceuticals, Inc. is not in compliance with the rules of this court. Within <u>five business</u> days from the date of this notice, please submit a corrected version of this document correcting the following:

- The court notes that the contact information for Helen H. Ji and Kevin Michael Nelson included on the document does not match the information on the individuals' appearances entered on the docket. Please ensure the corrected document includes up-to-date contact information. If that information differs from the most recent appearance form, please also file an amended appearance as a separate docket entry. Please also update the individuals' contact information through the PACER Service Center. Fed. Cir. R. 25(a)(5). Note: a corrected version of this document must still be filed even if the contact information on the document is accurate.

  *Clerk's note: The firm names and addresses for these individuals included on the document does not match the information on their appearances entered on the docket.*

- The brief does not contain a statement of related cases. Fed. Cir. R. 28(a)(4); Fed. Cir. R. 47.5.

\* \* \*

If applicable, the deadline for the next or responsive submission is computed from the original submission date, not the submission date of the corrected version.

When filing the corrected document, please include the word "Corrected" in the document title or on the cover. See Fed. Cir. R. 25(c)(4) and Fed. Cir. R. 25(i) for information concerning corrected filings.

<u>A party's failure to timely file a corrected document curing all defects identified on this notice may result in the original document being stricken from the docket.</u> An appellant's failure to cure a defective filing may also result in the dismissal of the appeal pursuant to Fed. R. App. P. 31(c).

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

By: I. Hammer, Deputy Clerk