

PDA Journal of
Pharmaceutical
Science and
Technology

UW PHARMACY LIBRARY

Special Issue
Celebrating PDA's
50th Anniversary

1996

September/October

Volume 50

Number 5

FIFTIETH ANNIVERSARY

**PDA**
An Instrumental Association for
Pharmaceutical Science and Technology

1946 - 1996

89052604071

689052604071a

Melinta v. Nexus
21-cv-02636
**PTX 233**

MELINTA017403

# PDA Journal of
# Pharmaceutical Science and Technology

EDITOR:   Joseph B. Schwartz

Philadelphia College of Pharmacy & Science
600 South 43rd Street
Philadelphia, PA 19104-4495
Phone: (215) 596-8590
STAFF:  Susan M. McCoy, Henrietta Zimm

CIRCULATION OFFICE:
PDA, Inc.
7500 Old Georgetown Rd
Suite 620
Bethesda, MD 20814
Phone: (301) 986-0293

ADVERTISING/CIRCULATION:   Margaret Wanca
Phone: (301) 986-0293

ADVISORY BOARD
Michael Akers, *Eli Lilly and Co.*
Frederick J. Carleton
Patrick DeLuca, *University of Kentucky*
Barry Garfinkle, *Merck Sharp & Dohme*
Michael Groves, *University of Illinois*
Joseph Robinson, *University of Wisconsin*
Theodore Roseman, *Baxter Healthcare*

1996 OFFICERS AND DIRECTORS

Chairman:          Raymond Shaw, Jr., Ph.D
Chairman-Elect:    Joyce H. Aydlett
Secretary:         Floyd Benjamin
Treasurer:         Raymond Gabler, Ph.D.
Immediate Past
   Chairman:       Clarence A. Kemper, Ph.D.

James E. Akers, Ph.D.
Jennie Allewell
Peter T. Bigelow
Joyce DeYoung, Ph.D.
R. Michael Enzinger, Ph.D.
John Geigert, Ph.D.
Martin W. Henley
Kunio Kawamura, Ph.D.
Henry Kwan, Ph.D.
Robert F. Morrissey, Ph.D.
Terry E. Munson
Robert B. Myers

President: Edmund M. Fry

PDA Journal of Pharmaceutical Science & Technology (ISSN 1076-397X) is published bimonthly by the PDA, Inc., 7500 Old Georgetown Rd., Suite 620, Bethesda, MD 20814.

*Subscriptions*—Membership dues in the PDA, Inc., include an annual subscription to the Journal for each member and corporate representative. For an application form and information regarding membership, address the Association. Industrial, university and public libraries and government agencies may subscribe at the rate of $90.00 per year. Back issues of the journal are available from the Association for $15.00 plus $1.50 postage and handling per in stock reprint; or $30.00 plus $3.00 postage and handling for photocopies of reprints not in stock.

*Claims*—Issues lost in transit will not be replaced if claim is received more than 90 days from date of issue or if loss was due to failure to give notice of change of address. The Association cannot accept responsibility for delivery outside the United States when shipment has been made by first-class mail.

Periodicals postage paid at Bethesda, Maryland and additional mailing offices. Postmaster: send address changes to the PDA Journal of Pharmaceutical Science & Technology, 7500 Old Georgetown Rd., Suite 620, Bethesda, MD 20814.

Printed in the U.S.A.

Formerly the
"Journal of Parenteral Science and Technology"

Copyright—PDA, Inc. 1996
ISSN 1076-397X

The PDA, Inc. and its editor assume no responsibility for the statements and opinions advanced by contributors. Views expressed in the editorials are those of the author and do not necessarily represent the official position of PDA, Inc.

MELINTA017404

# Solubility Principles and Practices for Parenteral Drug Dosage Form Development

**STEPHANIE SWEETANA** and **MICHAEL J. AKERS***

*Pharmaceutical Sciences, Lilly Research Laboratories, Indianapolis, Indiana*

## Introduction

A common problem experienced in the early development of drugs intended for parenteral, especially intravenous, administration is the solubilization of a slightly soluble or water insoluble active ingredient. Drug solubilization has been the subject of many scientific articles and textbooks (referenced throughout this article); yet despite this attention and available literature, product development scientists still encounter significant difficulties in solving their solubility problems.

Theories of solute solubilization are not easy to understand. Solubilization processes are amazingly complex and require a fair amount of expertise in physical chemistry to interpret and apply current theoretical models. Much of the literature deals with solubilization theory and does not offer much practical help to the inexperienced scientist under a lot of pressure to find a solution to his/her solubility problem.

This article intends to help the scientist in early drug formulation design for parenterally administered drug products by reviewing pertinent literature on solubilization and reducing it to simple approaches one can use to solve solubility problems. The classical theories of solubility, and how they relate to pharmaceutical systems of interest will be reviewed and practical applications discussed. Because of the common concerns regarding cosolvent toxicity and acceptability by medical and regulatory bodies, we also will treat this topic in some detail.

## I. Pertinent Theory of Solubilization of Drugs

Solubility theories deal with conversion of a substance from one state to another, and the equilibrium phenomena that are involved. Through pioneering work of Henry, Raoult and van't Hoff in the late 1800's, the properties of various solutions have been defined in theories. These early theories form the basis by which more complex systems, such as those encountered in the biological sciences, are compared and understood.

No single theory can adequately explain solubility behavior of uncharged molecules in a variety of solvent systems. Each theory is suited for select combinations of solutes and solvents where certain intermolecular forces are assumed to predominate, or conversely, to be absent. The classical theories of solubility have been explained most simply in terms of intermolecular interactions. *Ideal solution theory* assumes solute-solute, solvent-solvent and solute-solvent interactions are completely uniform in strength and nature. An example of a solution behaving ideally is a non-polar solute in a non-polar solvent such as naphthalene in benzene. *Regular solution theory* evolved to account for the imbalance of intermolecular interactions that often occur between dissimilar systems of a solute and solvent. The focus of this theory are systems of low polarity such as steroids in hydrocarbon solvents. *Extended regular solution theory* incorporated additional parameters such as dispersion, polar and hydrogen-bonding interactions into regular solution theory. Various approaches have been used to represent these molecular interactions, leading to a variety of models to predict and explain solubility behavior of polar solutes in polar systems, each with different approximations and assumptions (1–4).

In most pharmaceutical systems, the routine application of these models to predict solubility and simplify formulation development is complex. Most drugs of interest are ionizable, contain polar polyfunctional groups, and are capable of forming multiple hydrogen bonds. The majority of parenterally acceptable cosolvents—such as propylene glycol, polyethylene glycol, ethanol and water—are capable of self association through hydrogen bond formation. Such interactions may alter solvent structure and, as a result, influence solubility in an unpredictable manner (1). Examples of this phenomena are deviations from log-linear solubilization of nonpolar solutes in a polar cosolvent system (5). For the models to adequately describe solubility behavior, proper weighting must be assigned to the relative importance of competing self-associations and strong intermolecular interactions. Currently this is being modeled by various computer intensive group-contribution approaches, some of which allow for the mutual interactions of various functional groups (1).

In the biological sciences, many solutes of interest are capable of acting as acids or bases. In an ionizing media such as water, they may dissociate into ions which are usually highly water soluble. To what extent a molecule is ionized in an aqueous solution is largely dependent on its pKa and the pH of the media. The Henderson-

Received June 29, 1995. Accepted for publication March 21, 1996.
* Author to whom correspondence should be addressed: Lilly Corporate Center, Indianapolis, IN 46285.

This material may be protected by Copyright law (Title 17 U.S. Code)

MELINTA017405

Hasselbalch equation is a mathematical expression of this relationship (3). In formulation development, consideration of the amount of un-ionized drug in solution is helpful to avoid unexpected precipitation of this form. As the pH of a drug solution is changed, the amount of free acid or base may increase and eventually exceed the limited solubility of this form. It is possible to calculate the pH of precipitation and of maximum solubility, if the pKa of the molecule and the solubility of the un-ionized and ionized forms are known (3, 6). Generally, two pH units above or below the $pH_{max}$ value establishes the desired pH for formulation. For drug molecules with multiple ionizable groups these equations are more complicated to apply and so experimentally generated solubility data are usually collected.

Through our own experience, we find that theory gives us some direction with respect to experimental approaches, but we still need to rely on the empirical experimentation to screen for systems which offer the most promise in solubilizing water-insoluble drugs.

## II. Formulation Design

Usually, the first approach used to increase the solubility of an insoluble drug in water is to form more water soluble salts. Berge and co-workers (7) wrote what is now a near classic review of salt form strategies acceptable for pharmaceuticals. If salt formation is not possible, e.g. too unstable, or does not render the molecule sufficiently water soluble, a series of formulation approaches may be investigated. Table I summarizes these general strategies. Often a useful approach to increase the aqueous solubility of an ionizable drug is pH adjustment. The next approach most frequently tried is the use of water-miscible cosolvents. Other approaches to be discussed briefly include the use of surface active agents and complexing agents. Development of emulsified and colloidal drug delivery systems for intravenous administration are becoming more widely and successfully applied. They may confer to the entrapped or associated drug significantly different proper-

**TABLE I**
Summary of Parenteral Formulation Approaches

| Approach | Examples | Important Formula Considerations | Useful Tests |
|---|---|---|---|
| pH adjustment | pH 2 to 12 | Drug stability<br>  pH<br>  ions to buffer or adjust pH<br>Drug precipitation upon infusion<br>  drug concentration<br>  use of buffer/buffer capacity<br>  infusion rate<br>Formula irritation<br>  isotonicity<br>  infusion rate & duration<br>  drug vs vehicle<br>  drug precipitation | pH rate profile<br>pH solubility profile<br>Freezing point depression<br>*In vitro* precipitation model<br>*In vivo* phlebitis model<br>*In vitro* cell lysis studies |
| Cosolvent | Polyethylene glycol<br>Propylene glycol<br>Ethanol<br>Dimethylacetamide | Systemic toxicity<br>  total cosolvent administered<br>Drug precipitation upon infusion<br>  drug concentration<br>  infusion rate<br>Formula irritation<br>  isotonicity<br>  infusion rate & duration<br>  drug vs vehicle<br>  drug precipitation | Mixture studies for maximum<br>  solubility<br>*In vitro* precipitation model<br>*In vivo* phlebitis model<br>*In vitro* cell lysis studies |
| Surface Active Agents | Polysorbates<br>Poloxamers<br>Cremophor EL<br>Lecithin<br>Bile salts | Hypersensitivity in animals<br>Formula irritation<br>  isotonicity<br>  infusion rate & duration<br>  drug vs vehicle | *In vivo* phlebitis model<br>*In vitro* cell lysis studies |
| Complexing Agents | Cyclodextrans<br>Water-soluble vitamins | Purity of excipients and drugs<br>Formula irritation<br>  isotonicity<br>  infusion rate & duration<br>  drug vs vehicle | Phase solubility diagrams<br>*In vivo* phlebitis model<br>*In vitro* cell lysis studies |
| Dispersed Systems | Emulsions<br>Liposomes<br>Nanoparticles | Sterility<br>Particle size<br>Pharmacokinetics<br>Stability | Particle size |

MELINTA017406

ties from the free form, providing the opportunity to prolong drug presence in the bloodstream or to alter disposition in the body. "Heroic" methods, reported in the literature for various cancer drugs, will also be reviewed although these methods use types and amounts of excipients that probably would not commonly be considered approvable for intravenous administration.

The basis for reliable formulation development is accurate determination of solubility. Traditional methodology is the "equilibrium method" (8) where excess drug is added to the solvent system, and some means of agitation is employed under constant temperature. Samples are withdrawn, filtered, and analyzed for drug concentration over a period of time and equilibration is demonstrated by uniformity of the data over the time interval. For sparingly soluble drugs where equilibria are slow, accurate determinations of solubility may be difficult. Useful techniques in these instances include using highly specific analytical methods to detect parent compounds, minimizing the amount of excess solid added, and assuring sufficient equilibration time (1). Solid state factors and batch-to-batch variation (different polymorphs, hydration state, crystallinity, crystal homogeneity, and impurities) may affect reproducibility of drug solubility determinations.

### A. pH Adjustment

Current FDA approved marketed parenteral products range in pH from 2 to 11. A comprehensive listing of these products may be found in Table II. For biocompatability reasons, formulation of injectables within the pH ranges of 4 to 8 is most common. However, to achieve sufficient drug solubility, a pH outside this range may be necessary.

The pH at which a product is formulated is usually determined from the pH solubility and pH rate profiles of the drug (9). A recent example of their application to aid parenteral formulation development is CI-988, a cholecystokinin-B receptor antagonist (10).

Additional formulation variables to be considered are the necessity of a buffer, buffer capacity, and drug concentration. These can influence supersaturated drug concentrations in the bloodstream, a condition that may lead to *in vivo* drug precipitation. The blood is very efficient at pH neutralization and normally maintains a narrow pH range of 7.38 to 7.42. For example, a low incidence of phlebitis was observed in the rabbit ear vein model when solutions over the pH range of 3 to 11, with buffer concentrations of approximately 0.3 M, were administered in a single small volume (1 mL) bolus dose (11). Simple screening tests consisting of a computational model where drug solubility is plotted as a function of dilution, and *in vitro* dilution experiments were shown to be effective tools in evaluating the ability of the pH-solubilized drug to remain in solution dilution (12, 13). Davio et al. (14) showed that *in vivo* precipitation of the pH-solubilized drug ditekiren was dependent upon drug concentration and infusion rate. Low concentration drug solutions, which are rapidly diluted below

saturation solubility, and rapid infusions were preferred to minimize precipitation.

The most commonly used buffer components in parenteral products and their pKa's are; citric acid (3.13, 4.76, 6.40), acetic acid (4.76) and phosphoric acid (2.15, 7.20, 12.33). When buffers are employed, the stability of the molecule must also be considered, since it may be influenced by the ions in solution (9). Examples of buffer catalyzed solution degradation include famotidine, a histamine H2 receptor inhibitor (15) and loracarbef, a zwitterionic cephalosporin (16).

### B. Use of Cosolvents

In recent years, surveys of FDA-approved parenteral products (17–19) show five water-miscible cosolvents— glycerin, ethanol, propylene glycol, polyethylene glycol, and N,N,-dimethylacetamide—as components of sterile formulations (Table III and IV). Cosolvents are employed in approximately 10% of FDA approved parenteral products. They are useful because they may often provide exponential increases in solubility (20) and also allow exclusion of water for compounds susceptible to hydrolysis.

Investigation of the solubilizing potential of various cosolvents may be approached empirically by determining the compounds solubility in cosolvent compositions similar to marketed products (21–23), or by one of several systematic approaches, such as log-linear solubility relationships or statistical experimental design.

In the study of log-linear solubility relationships, Yalkowsky and Roseman (20) investigated a range of solutes in binary cosolvent mixtures of ethanol, propylene glycol, and glycerin in water and discussed the closeness of fit of apparent solubility to a log-linear solubility equation. Briefly, this technique involves experimentally determining the solubility of a compound in increasing percentages of a cosolvent and generating a semi-logarithmic plot of the apparent solubility of the drug as a function of the volume-fraction of the cosolvent. Using the slope and the solubility of the compound in pure water, an equation may be written to describe the solubility in a binary system.

Assuming that the log-linear increases in solubility of individual cosolvents are additive, equations may also be written for ternary and quaternary mixed cosolvent systems (24). Mathematically, these relationships are described by the following equations:

*Binary cosolvent system*

$$\log C_x = \log C_w + \alpha_x f_x$$

*Ternary cosolvent system*

$$\log C_x = \log C_w + \alpha_x f_x + \alpha_a f_a$$

*Quaternary cosolvent system*

$$\log C_x = \log C_w + \alpha_x f_x + \alpha_a f_a + \alpha_b f_b$$

where $C_w$ is the drug solubility in water; $\alpha$'s are the slopes of the semi logarithmic plots; $C_x$ is the drug solubility; $f$ is the volume fraction of the cosolvent; and the subscripts $a$, $b$, $x$ denote the cosolvents $A$, $B$, and $X$

MELINTA017407

Appx2676

**TABLE II**
Examples of Marketed Parenteral Products with Solution pH Outside Range of 4 to 8 (18, 19)

| pH (constituted) | pH Adjustment | Generic Name | Trade Name | Marketed Form | Routes |
|---|---|---|---|---|---|
| **pH < 4** | | | | | |
| 3.2–4 | Lactic acid, NaOH | Amrinone Lactate | Inocor (Sanofi Winthrop) | Solution | IB, IF |
| 3.25–3.65 | Benzenesulfonic acid | Attracurium Besylate | Tracrium (Burroughs Wellcome) | Solution | IB, IF |
| 3 | | Chlordiazepoxide HCl | Librium (Roche) | Powder | IB |
| 3–4 | | Benzquinamide HCl | Emete-Con (Roerig) | Powder | IM, IF |
| 3.3–3.9 | Lactic acid, HCl | Ciprofloxacin | Cipro I.V. (Miles) | Concentrate | IF |
| 3–4 | Citric acid | Dacarbazine | DTIC-Dome (Miles) | Powder | IB, IF |
| 2.5–4.5 | NaOH, HCl | Dopamine HCl | Intropin (DuPont) | Solution | IF |
| 3.7–4.1 | Citric acid, Na citrate | Diltiazem HCl | Cardizem (Marion Merrell Dow) | Solution | IF, IB |
| 1.8–3.3 | | Doxycycline Hyclate | Vibramycin IV (Roerig, Elkins-Sinn) | Powder | IF |
| 3–3.8 | Lactic acid | Droperidol | Inapsine (Janssen) | Solution | IM, IF, IB |
| 2.7–3.5 | Lactic acid, ethyl lactate | Ergonovine Maleate | Ergotrate Maleate (Lilly) | Solution | IM, IB |
| 3.2–3.8 | Lactic acid | Fentanyl Citrate and Droperidol | Innovar (Janssen) | Solution | IM, IB, IF |
| 2–3 | NaOH/HCl | Glycopyrrolate | Robinul (Robins) | Solution | IM, IB |
| 3–3.6 | Lactic acid | Haloperidol Lactate | Haldol (McNeil) | Solution | IM |
| 3–4 | | Labetalol HCl | Normodyne (Schering) Trandate (Glaxo) | Solution | IB, IF |
| 3–4.2 | NaOH, citric acid | Methyldopate HCl | Aldomet Ester HCl (Merck) | Solution | IF |
| 2.7–3.5 | Tartaric acid | Methylergonovine Maleate | Methergine (Sandoz) | Solution | IM, IF |
| 3 | NaOH, HCl | Midazolam HCl | Versed (Roche) | Solution | IM, IF |
| 3.2–4 | | Milrinone Lactate | Primacor (Sanofi Winthrop) | Solution | IF |
| 2–2.8 | | Minocycline HCl | Minocin (Lederle) | Powder | IF |
| 3.5 | Na citrate, citric acid | Nalbuphine HCl | Nubain (DuPont) | Solution | IM, IB |
| 3–4 | HCl | Naloxone HCl | Narcan (DuPont) | Solution | IM, IB, IF |
| 3.3–4 | Citric acid, Na citrate | Ondansetron HCl | Zofran (Cerenex) | Solution | IF |
| 2.5–4.5 | Acetic acid | Oxytocin | Pitocin (Parke-Davis) | Solution | IF |
| 3–4 | NaOH | Papaverine HCl | Papaverine HCl (Lilly) | Solution | IB, IF |
| 2–3.8 | | Pyridoxine HCl | Pyridoxine HCl (Steris) | Solution | IM, IB |
| 3–4 | Tartaric acid, Na citrate | Tolazoline HCl | Priscoline HCl (Ciba) | Solution | IB, IM |
| **pH > 8** | | | | | |
| 9.2 | HCl/NaOH | Acetazolamide Na | Diamox (Lederle) | Powder | IM, IB, IF |
| 10.5–11.6 | | Acyclovir Na | Zovirax (Burroughs Wellcome) | Powder | IF |
| 8.6–9 | | Aminophylline | Aminophylline (Abbott, Elkins-Sinn, American Regent) | Solution | IB, IF |
| 9.6–10.4 | | Amobarbital Na | Amytal Na (Lilly) | Powder | IM, IF |
| 9.6 | NaOH | Azathioprine Na | Imuran (Burroughs Wellcome) | Powder | IB, IF |
| 8–10 | | Ampicillin Na | Polycillin-N (Apothecon) Totacillin-N (Beecham) Omnipen-N (Wyeth) | Powder | IM, IB, IF |
| 8.5 | Na$_2$HPO$_4$, NaOH | Betamethasone Na PO$_4$ | Celestone Phosphate (Schering) | Solution | IB, IM |
| 9.2–10 | NaOH | Chlorothiazide Na | Sodium Diuril (Merck) | Powder | IB, IF |
| 11.6 | NaOH | Diazoxide | Hyperstat (Schering) | Solution | IB |
| 9–10.5 | | Diethylstilbestrol Diphosphate | Stilphostrol (Miles) | Solution | IF |
| 9.2 | NaOH | Fluorouracil | Fluorouracil (Roche) | Solution | IB, IF |
| 8–11 | NaOH | Folic acid | Folvite (Lederle) | Solution | IB |
| 8–9.3 | NaOH | Lasix | Furosemide (Hoechst-Roussel) | Solution | IM, IB, IF |
| 11 | | Ganciclovir Na | Cytovene (Syntex) | Powder | IF |
| 8.1 | | Leucovorin Ca | Wellcovorin (Immunex, Burroughs Wellcome) | Powder | IM, IB, IF |
| 9.5–10.5 | Na carbonate | Methohexital Na | Brevital Na (Lilly) | Powder | IB, IF |

IM = intramuscular, IF = intravenous infusion, IB = intravenous direct injection.

MELINTA017408

Appx2677

TABLE III

Cosolvent Concentrations in Some Currently Marketed Parenterals (18, 19)

| Cosolvent in Marketed Vehicle | Generic Name | Trade Name | Marketed Form | Routes | Administration | Appx. Vehicle per Dose |
|---|---|---|---|---|---|---|
| Ethanol 100% | Carmustine | BiCNU (Bristol-Myers Oncology) | Drug + Diluent | IF | Dilute 1:10 | 3 ml |
| Propylene glycol 40% Ethyl alcohol 10% | Diazepam | Valium (Roche) | Solution | IM, IB | Direct injection | 0.5–4 ml |
| Propylene Glycol 40% Alcohol 10% | Digoxin | Lanoxin (Burroughs Wellcome) | Solution | IB | Direct injection | 1–3 ml |
| Benzyl alcohol 5% Propylene glycol 50% | Dimenhydrinate | Dimenhydrinate (Steris) | Solution | IM, IF | Dilute 1:10 | 1 ml |
| Propylene glycol 25% Ethanol 25% | Esmolol HCl | Brevibloc (DuPont) | Concentrate | IF | Dilute 1:25 | 1–10 ml |
| Propylene glycol 10.36% | Hydralazine HCl | Apresoline HCl (Ciba) | Solution | IM, IB | Direct injection | 0.5–1 ml |
| Ethanol 10% | Ketorolac Tromethamine | Toradol (Syntex) | Solution | IM only | Direct Injection IM | 1 ml |
| PEG 400 0.18 ml/ml Benzyl alcohol 2% Propylene glycol | Lorazepam | Ativan (Wyeth-Ayerst) | Solution | IM, IB | IM Direct Injection Dilute 1:1 IV | 1 ml |
| Povidone 20 mg Diluent (10 ml) Propylene glycol 6 ml Ethanol 0.52 mL | Melphalan HCl | Alkeran (Burroughs Wellcome) | Drug + Diluent | IF | Dilute constitute > 1:10 | 10 ml |
| Ethanol 30% Propylene glycol 30% | Nitroglycerin | Tridil (DuPont) | Concentrate | IF | Dilute 1:100 | 2.5–10 ml |
| Propylene glycol 40% Alcohol 10% | Pentobarbital Na | Nembutal (Abbott) | Solution | IM, IB | Slow direct injection | 2 ml |
| Alcohol 10% Propylene glycol 67.8% | Phenobarbital Na | Luminal Na (Sanofi Winthrop) | Solution | IM, IB | Direct injection | 1 ml |
| Propylene glycol 40% Alcohol 10% | Phenytoin Na | Dilantin (Parke Davis) | Solution | IM, IB | Direct injection | 3–5 ml |
| Polyethylene glycol 50% | Secobarbital Na | Secobarbital Na (Wyeth-Ayerst) | Solution | IM, IB, IF | Direct injection | 1–5 ml |
| Propylene glycol 40% Ethanol 10% | Trimethoprim-Sulfamethoxazole | Septra (Burroughs Wellcome) Bactrim (Roche) | Concentrate | IF | Dilute 1:25 | 5–10 ml |
| N,N-Dimethylacetamide 100% | Amsacrine | Amsidine Concentrate (Parke-Davis)[a] | Drug + Diluent | IF | Dilute 1:500 | 1.5 ml |

IM = intramuscular, IF = intravenous infusion, IB = intravenous direct injection.
[a] Drug available outside the United States.

respectively. In its simplest form, determining the drug solubility in water and pure cosolvents would allow estimation of the amount and type of cosolvent required to attain a desired solubility. In most cases however, deviations from log-linear increases of solubility occur in aqueous cosolvent mixtures as indicated by curvature in the solubility plots. The deviations are attributed to solvent-solvent interactions (5, 25).

For first approximations of solubility however, this approach has been shown to be useful (26–27). Chien (28) used this technique and polarity indexes of cosolvents to calculate the polarity of a solution that produced the greatest solubility of the drug metronidazole.

Aqueous/cosolvent ratios of corresponding polarity could then be calculated for other cosolvent systems to provide qualitative identification of solubility maximums (29, 30). Polarity indexes of common water miscible cosolvents have been tabulated and discussed by Rubino and Yalkowsky. These indexes reflect the cohesive properties of the solvent (solubility parameter and interfacial tension), hydrogen bonding ability (proton donor and acceptor density), and polarity (dielectric constant).

Another solubility determination approach particularly helpful for complex mixtures is a statistical experimental design (31). Identifying the optimum combination of cosolvents for solubilization may reduce the net

MELINTA017409

Appx2678

**TABLE IV**
Surfactant Concentrations in Some Currently Marketed Parenterals (18, 19)

| Solubilizer in Marketed Vehicle | Generic Name | Trade Name | Routes | Administration | Appx. Vehicle per Dose |
|---|---|---|---|---|---|
| NN-dimethylacetamide 60 mg/ml Cremophor EL 500 mg/ml Dehydrated alcohol 42.7% | Teniposide | Vumon (Bristol-Myers Squibb) | IF | Dilute 1:10 or 1:100 | 5–9 ml |
| Polysorbate 80 20 mg/ml Propylene glycol 20.7 mg/ml | Phytonadione | Konakion (Roche) | IM only | Direct injection IM | 1–2.5 ml |
| Cremophor EL 527 mg/ml Ethanol 49.7% | Paclitaxel | Taxol (Bristol-Myers Squibb) | IF | Dilute 1:5 or 1:20 | 20 ml |
| Propylene glycol 30% Polysorbate 80 1.6% Polysorbate 20 0.028% | Multivitamins | M.V.I.-12 (Astra) | IF | Dilute 1:100 or 1:500 | 5 ml |
| Polysorbate 80 4% Propylene glycol 20% | Chlordiazepoxide HCl | Librium (Roche) | IM only | Direct injection IM | 2 ml |
| Cremophor EL 650 mg/ml Alcohol 32.9% | Cyclosporine | Sandimmune (Sandoz) | IF | Dilute 1:20–1:100 | 5 ml |
| Polyethylene glycol 300 650 mg/ml Ethyl alcohol 30.5% v/v Polysorbate 80 8% | Etoposide | VePesid (Bristol-Myers Oncology) | IF | Dilute 1:100 | 5 ml |
| Polyoxyethylated fatty acid 7.0% | Phytonadione | AquaMEPHYTON (Merck) | IM, IB | Direct inject IM, preferred | 1–2.5 ml |
| PEG40 castor oil 0.115 ml/ml | Miconazole | Monistat i.v. (Janssen) | IF | Dilute 1:10 | 20 ml |
| Polysorbate 80 12% | Vitamin A | Aquasol A Parenteral (Astra) | IM | Direct injection IM | 1–2 ml |
| Polysorbate 80 0.008% | Alteplase | Activase (Genentech) | IF | Direct infusion | 20–100 ml |
| Na desoxycholate 0.41% | Amphotericin B | Fungizone (Apothecon) | IF | Dilute 1:50 | 3–20 ml |
| Polysorbate 20 0.40% | Calcitriol | Calcijex (Abbott) | IB | Direct injection | 0.5–1 ml |
| Polysorbate 80 0.04% | Cefazolin Na | Kefzol (Lilly) Ancef (SmithKline Beecham) | IM, IF, IB | Direct injection | |
| Polysorbate 80 0.004% | Filgrastim | Neupogen (Amgen) | IB | Direct injection | 0.25–3 ml |
| Sodium dodecyl sulfate 0.18 mg/ml | Aldesleukin | Proleukin (Cetus Oncology) | IF | Dilute 1:42 | 1.2 ml |
| Polysorbate 80 10% | Amiodarone HCl | Cordarone X IV (Sanofi Winthrop)[a] | IF | Dilute 1:50 | 3–7 ml |

IM = intramuscular, IF = intravenous infusion, IB = intravenous direct injection.
[a] Drug available outside the United States.

amount of cosolvent in the formula (26). They also facilitate the study of systems characterized by non-linear increases in solubility. Optimization techniques in pharmaceutical formulation have recently been reviewed (32). An example of their use is a simplex search for solvent blends producing maximum drug solubility (2).

Acceptable levels of cosolvent in parenteral formulations are not easily defined. A review of currently marketed parenteral products shows that percentages range from 10 to 100% (Table III and IV). Appropriate product amounts are often a matter of considering a diverse set of factors such as; 1) administration conditions, 2) total dose, 3) target population and 4) duration of therapy. Toxicity and adverse clinical effects of common cosolvents are summarized (33–34). Recent safety assessment reviews of propylene glycol (35) polyethylene glycol (36) and glycerol (37) have been pub-

MELINTA017410

Appx2679

**TABLE IV**

Some Currently Marketed Parenterals Utilizing Complexing
Agents, Mixed Micelles, or Lipid Systems

| Solubilizer System | Generic Name | Trade Name |
|---|---|---|
| **Complexing Agents** | | |
| Hydrolyzed gelatin 0.7% | Corticotropin | Athcar (Rhone-Poulenc Rorer) |
| Ethylenediamine | Aminophylline | Aminophylline (Abbott, Elkins-Sinn, American Regent) |
| DMPG and DMPC lipid complex | Amphotericin B | Aleleet (The Liposome Co.)[a] |
| Na cholesteryl sulfate, colloidal dispersion | Amphotericin B | Amphocil (Liposome Technology) |
| **Mixed Micelles** | | |
| Glycocholic acid-lecithin | Diazepam | Valium MM (Roche)[a] |
| Glycocholic acid-lecithin | Vitamin K | Konakion/120 (Roche)[a] |
| **Emulsions or Liposomes** | | |
| Lipid emulsion | Diazepam | Dizac (Ohmeda) Diazemuls (Dumex)[a] |
| Lipid emulsion | Propofol | Diprivan (Zeneca) |
| Lipid emulsion | Perfluorodecalin | Fluosol-DA (Alpha Therapeutics) |
| Liposome | Amphotericin B | AmBisome (Vestar)[a] |

IM = intramuscular, IF = intravenous infusion, IB = intravenous direct injection.

[a] Drug available outside the United States.

lished. Local toxicity of several cosolvent vehicles in animals is summarized in Table VI.

*C. Use of Surface Active Agents*

Surface active agents are usually incorporated into parenterals to provide one of several desirable properties; 1) increase drug solubility through micellization, 2) to prevent drug precipitation upon dilution (38), 3) improve the stability of a drug in solution by incorporation of the drug into a micellar structure (39), and 4) in protein formulations, prevent aggregation due to liquid/air or liquid/solid interfacial interactions.

Table IV provides examples of FDA-approved parenteral products containing surface active agents. While many different types of surfactants exist (40), only an extreme few have precedence for use in parenteral products. For example, for stabilization of proteins against problems of aggregation, only polyoxyethylene sorbitan monooleate (polysorbate 80) is an FDA-approved surfactant (18). Other surfactants which have been used in parenteral products are poloxamer 188 (polyoxyethylene-polyoxypropylene copolymer), polysorbate 20 and 40 (polyoxyethylene-polyoxypropylene polyoxyethylene sorbitan monofatty acid esters), Cremophor EL® and Emulphor EL 719® (polyethoxylated fatty acid esters and oils). Which surfactant is most effective as a solubilizer or stabilizer is often a matter of empirical

investigation (41). Detailed reviews of micelle structures, characterization techniques, and pharmaceutical applications have been published (42, 43).

The toxicity of surfactants reported in the literature prior to 1983 are summarized by Attwood and Florence (43). Reviews on the pharmacology of polysorbate 80 (44) and the incidence of clinical side effects of Cremophor EL® (42) have been published. Children and newborns may be particularly sensitive to these agents and administration to this population is discussed (46).

*D. Use of Complexing Agents*

Complexation of water insoluble drugs usually involves the incorporation of the drug within the inner core of the complexing agent so that the outer hydrophilic groups of the complexing agent interacts with water rendering the complex soluble.

An example of successful application of this technology is Amphocil®, a lipid complex formed between amphotericin B and sodium cholesteryl sulfate, a naturally occurring cholesterol metabolite (47). In solution, the complex is postulated to be a stable disc-like structure that remains intact in the systemic circulation. Comparative studies in animals with micelle solubilized amphotericin B (Fungizone®) have shown a significant reduction in systemic toxicity as a result of altered systemic distribution and elimination characteristics (48).

Naturally occurring cyclodextrins, particularly β-cyclodextrin, are able to complex water insoluble drugs and render them soluble in water. However, β-cyclodextrin have been associated with renal toxicity upon parenteral administration. The toxicity has been attributed the low aqueous solubility of β-cyclodextrin and precipitation in the kidney. Newer cyclodextrins are chemically modified to improve water solubility and increase their usefulness (49). Brewster et al. (50) have described the preparation and successful use of chemically modified cyclodextrins such as 2-hydroxypropyl-β-cyclodextrin in solubilizing and even stabilizing various proteins and peptides.

An example where the drug was not incorporated within some kind of matrix, but combined with an additive to obtain basically a soluble salt complex involved ascorbic acid (51). Similarly, tromethamine has been reported to solubilize zomepirac, an anionic drug, by micelle (association colloid) formation (52). The aqueous solubility of metronidazole was reported to be enhanced by the water soluble vitamins nicotinamide, ascorbic acid or pyridoxine HCl (32). A cage-like structure formed by the vitamins around molecules of metronidazole was postulated.

*E. Emulsion Systems*

If a molecule has sufficient lipid solubility, emulsions may be employed. Typical emulsions contain triglyceride-rich vegetable oils and lecithin and may also contain nonionic surface active agents as emulsifying agents. Insoluble drugs may be incorporated into commercial fat emulsions or through emulsification of the oil-solubilized drug. The former is usually not successful

MELINTA017411

because drugs influence the stability of these commercial emulsions (53).

Emulsion formulas have shown advantages over high cosolvent levels by reducing local venous irritation (54). While emulsions hold potential as carriers for lipophilic drugs, great challenges exist in; 1) efficient incorporation of the drug into the dispersed phase, 2) validation of consistency in preparation and sterilization, and 3) dependable biological evaluation of the safety and efficacy of drugs delivered from emulsions. These topics are addressed in some detail in several review articles (55–58).

More recent examples include a parenteral water-in-oil emulsion of an LH-RH analog (59) and solubilization of an anti-HIV thiocarbamate drug by extemporaneous emulsification (60). The patent literature contains a large number of references claiming safe and stable emulsion systems for parenteral injection. The commercial application for drug delivery has yet to be pronounced in the United States. Marketed products are mostly found in the European and Japanese market (Table V).

Microemulsion systems are thermodynamically stable transparent colloidal dispersions. The advantages they have over macroemulsions are their stability and ease of manufacture. Droplet sizes are typically 10 times smaller than macroemulsions and are on the order of 10–100 nm. To achieve such a small size, usually high amounts of surfactant are required (43). Microemulsion systems have found utility in enhancing penetration by the topical and recently oral route (61, 62). Requirements for such high levels of surfactants have imposed limitations on their use by the parenteral route.

### F. Mixed Micelles

Mixed micelle systems are usually composed of two different amphiphilic compounds, usually a phospholipid and a bile salt. Bile acids are endogenous substances, produced in the liver from cholesterol. Their solubility and association behavior in solution differ depending on the number of hydroxyl groups on the steroid nucleus and type of conjugation (63).

The solubilization capacity of mixed micelle formulas have been shown to be dependent on physiochemical factors such as pH, ionic strength, and temperature as well as phospholipid characteristics (64). Compounds that have been shown to be well solubilized include diazepam (65), vitamin K (66), tenopside (64) and taxol (67). Administered alone, bile salts have been shown to be hemolytic and irritating to the veins. Incorporation of phospholipid into the micelle to form a mixed micelle has been associated with less hemolysis (68). A lower incidence of thrombophlebitis was reported in patients administered mixed micelle as compared to cosolvent formulas (54, 69).

Mixed micelle products marked outside the US include Valium MM® (diazepam) and Konakion/120® (vitamin K). A pre-clinical safety evaluation of a glycocholic acid-lecithin mixed micellar formula, has been reported (70).

### G. Liposomes

After decades of research, several liposomal formulations have finally reached the marketplace and many more are in clinical study (Table V). These systems may be beneficial therapeutically in certain circumstances by prolonging systemic circulation, altering systemic distribution (71), or by reduction of side effects by replacement with a less irritating vehicle. Many of the same issues for emulsion systems apply. In addition, evaluation of liposomes require special attention to drug loading, bilayer rigidity and surface properties, which may alter their *in vivo* fate. Liposomes have been engineered to improve the safety of certain agents by reducing drug accumulation in target organs of toxicity. Recently reported studies for AmBisome® (amphotericin B) is an example of such a success (72).

Drug candidates for liposomal formulas may be water or lipid-soluble and are usually highly potent. Fielding (73) and Crommelin and Schreier (74) are highly recommended review articles.

### H. Micro- and Nanoparticles

Technology for micro- and nano-particulate systems is emerging as an alternative to cosolvents for delivery of water insoluble drugs, or to provide a sustained release. The significant issues associated with their potential success are; 1) methods to effectively sterilize particulates, 2) reproducibility of manufacture and 3) long term physical stability. As the name implies, these formulations are colloidal systems that have particle sizes in the low micrometer or nanometer size range such that they can be injected intravenously or used for sustained or targeted delivery by other parenteral administration routes. Liposomes and microemulsions are part of the classification of these colloidal systems, but other artificial or natural polymers can be used to create nanoparticles that may have greater long term stability and greater potential for sustained release of parenteral drugs. Kreuter (75) has written a very extensive review on the types of nanoparticulate systems, their preparation, characterization, *in vivo* distribution, and potential application.

### I. "Heroic" Approaches

"Heroic" approaches describe efforts to solubilize drugs for early clinical studies, particularly for chemotherapeutic agents, using additives that probably are not acceptable for commercial formulations. For example, 70% DMSO was used to solubilize an antiviral drug (9-β-D-arabino-furanosyl adenine) (76). A ternary cosolvent system containing 60% pluronic L64, 30% ethanol, and 10% polysorbate 80 was developed to solubilize different anticancer drugs including taxol (77). The cytotoxic agent, trimelamol, was solubilized in polyethylene glycol 3400, and found to be the best vehicle not only from a solubilization standpoint, but also from a freeze drying stability standpoint (78).

MELINTA017412

**TABLE VI**
In-vivo Toxicity of Some Parenteral Cosolvent Vehicles upon Repeated Dose Administration

| Vehicle Formula | pH | Dose Vol. (ml/kg) | Infusion Rate (ml/min) | Duration of Dose | Species | Perivascular Irritation/ in vivo Hemolysis[a] | Reference |
|---|---|---|---|---|---|---|---|
| **Slight Effects** | | | | | | | |
| Saline | 5–7.4 | 2.5 | 3 ml/min | 2 wks | rat | no irritation<br>none-trace hematuria | 86 |
| Emulphor El 719 7%<br>Acetate buffered saline | 5–7.4 | 2.5 | 3 ml/min | 2 wks | rat | no irritation<br>none-trace hematuria | 86 |
| Propylene glycol 15%<br>Polyethylene glycol 400 20%<br>Water | 5–7.4 | 2.5 | 3 ml/min | 2 wks | rat | no irritation<br>no hematuria | 86 |
| Propylene glycol 15%<br>NaCl 1.8%<br>Water | 5–7.4 | 2.5 | 3 ml/min | 2 wks | rat | no irritation<br>no hematuria | 86 |
| Propylene glycol 15%<br>Sorbitol 9%<br>Water | 5–7.4 | 2.5 | 3 ml/min | 2 wks | rat | no irritation<br>none-trace hematuria | 86 |
| Propylene glycol 15%<br>Ethanol 12%<br>Polyethylene glycol 400 20%<br>Acetate buffered saline | 5–7.4 | 2.5 | 3 ml/min | 2 wks | rat | slight irritation<br>none-slight hematuria | 86 |
| Propylene glycol 15%<br>Ethanol 12%<br>Polyethylene glycol 400 20%<br>Water | 5–7.4 | 2.5 | 3 ml/min | 2 wks | rat | moderate irritation<br>no hematuria | 86 |
| Ethanol 10%<br>Polyethylene glycol 400 40%<br>Acetate buffered saline | 5–7.4 | 2.5 | 3 ml/min | 2 wks | rat | moderate irritation<br>no hematuria | 86 |
| Ethanol 10%<br>Polyethylene glycol 400 40%<br>Water | 5–7.4 | 2.5 | 3 ml/min | 2 wks | rat | slight irritation<br>none-moderate hematuria | 86 |
| Polyethylene glycol 400 30<br>Ethanol 20<br>Water 50 | — | 2 | 0.15 ml/min | 2 wks | rat | occasional bruised 1st wk<br>frequent bruised 2nd wk<br>no hematuria | 87 |
| Polyethylene glycol 400 30<br>Ethanol 20%<br>Water 50% | — | 1.2 | 3 ml/min | 1 wks | dog | no irritation<br>no hematuria | 87 |
| **Marked Effects** | | | | | | | |
| Propylene glycol 40%<br>Ethanol 10%<br>Acetate buffered saline | 5–7.4 | 2.5 | 3 ml/min | 2 wks | rat | marked irritation<br>marked hematuria | 86 |
| Propylene glycol 50<br>Ethanol 10<br>Water 40 | — | 5 | 0.3 ml/min | 2 wks | rat | necrosis at injection site<br>small to moderate hematuria | 87 |
| Propylene glycol 50<br>Ethanol 10<br>Water 40 | — | 4 | 6 ml/min | 2 wks | dog | swelling at injection site<br>marked hemolysis | 87 |
| Ethanol 15%<br>Pluronic L64 6%<br>Sorbitol acetate buffer | 5–7.4 | 2.5 | 3 ml/min | 2 wks | rat | marked irritation<br>none-trace hematuria | 86 |
| Dimethylacetamide 15%<br>Nicotinamide 15%<br>Water | 5–7.4 | 2.5 | 3 ml/min | 2 wks | rat | moderate irritation<br>none-marked hematuria | 86 |

MELINTA017413

Appx2682

**TABLE VI**
(continued)

| Vehicle Formula | pH | Dose Vol. (ml/kg) | Infusion Rate (ml/min) | Duration of Dose | Species | Perivascular Irritation/ in vivo Hemolysis[a] | Reference |
|---|---|---|---|---|---|---|---|
| **Marked Effects (continued)** | | | | | | | |
| Ethanol 10% Propylene glycol 30% Nicotinamide 10% Water | 5–7.4 | 2.5 | 3 ml/min | 2 wks | rat | slight irritation marked hematuria | 86 |
| Dimethylisosorbide 40% Acetate buffer saline | 5–7.4 | 2.5 | 3 ml/min | 2 wks | rat | slight irritation none-marked hematuria | 86 |

[a] Assessed by hematuria. See references for additional information on scoring and hematology.

## III. Local Irritation

One of the greatest concerns with the use of solubilized systems is the systemic and local toxicity associated with their administration. Direct injury to the capillary endothelial cells at the site of injection may result from trauma of injection, particulates, interaction of noxious agents with the membrane, or an imbalance in cellular environment with regard to pH, or tonicity. The injury may result in phlebitis, which is manifested in redness, swelling, pain and localized temperature increases at the injection site that arises over a period of hours to 1 or 2 days. Symptoms may persist in patients for months and in severe cases, cause septicaemia or emboli (79–81).

Definitive tests for vascular irritation are conducted *in vivo* using the rabbit ear vein model or, for repeated injections, the rat tail vein model. Assessments are generally visual, but may be quantified in the rabbit ear model by measuring temperature differential at the injection site between an injected and a reference ear vein (82). In the formulation development stage, these methods can be useful to distinguish the severity of phlebitis induced by different formulations (82) and between formula components such as the drug versus an excipient (83). The rabbit ear vein model has been shown to mimic clinical response of patients to irritating therapeutic agents given by slow infusion (84).

Current *in vitro* tests, such as cell lysis which isolate steps in the vascular injury process, cannot be relied upon to predict phlebitis. An example is the poor predictive relationship observed between *in vitro* hemolysis, a measure of cell membrane damage, and phlebitis (85). Administration conditions, which influence the contact duration and concentration with the vessel are the most likely reasons.

*In vitro* hemolysis studies have provided useful information on screening formulations. Prone to produce *in vivo* hemolysis and hematuria (84, 86, 87). As a screening tool during formulation development, measures of cell lysis may provide information on; 1) formulation isotonicity, and guide formulation adjustments with tonicifiers, such as sodium chloride or dextrose, 2) rank order lytic character of formulas prior to testing *in vivo*, and 3) formulation components if phlebitis has been previously observed. Using a hemolysis technique, Gupta and co-workers (88) distinguished drug from vehicle effects,

studied different salt forms of the drug and determined a preferred buffer and buffer strength. Methodology for hemolysis assessment *in vitro* has been refined by Reed and Yalkowsky and used to characterize the hemolytic nature of various cosolvents (89). Similarly, the *in vitro* rat L6 muscle cell lysis has been developed and successfully applied (84).

Isotonicity testing by freezing point depression measurements may be an alternative to *in vitro* studies. By this method, the osmoticity of the formula relative to 0.9% NaCl is determined. A formula may be judged isotonic with blood if it is assumed that neither the drug nor the formula components interact with the cell membrane (90). Often with special systems to solubilize the drug, or due to the test compound itself, this assumption is invalid. As an example, a 2.0% solution of propylene glycol in water is reported to be isoosmotic with 0.9% NaCl as determined by freezing point depression measurement, yet causes 100% hemolysis *in-vitro*. Tonicity modifications using cell lysis studies have resulted in formulas that are more biocompatable. For example, the high degree of hemolysis of single component systems such as propylene glycol 2% can be reduced by addition of tonicifiers, sorbitol, or NaCl and other cosolvents (86, 87, 91). The protective effects observed with cosolvent mixtures have been attributed to either an osmotic effect or potential solvent-solvent interaction through hydrogen bonding.

If hemolysis of a parenteral formula is due to the drug, isotonicity adjustment will do little to correct. Such compounds require very slow infusions to minimize high local concentrations. Some authors have shown that reducing the free aqueous concentration of a drug may also reduce vascular irritation. For this purpose an emulsion diluent was found to be more beneficial in patients than a dextrose diluent (92). In other instances chemical modifications are needed to ultimately reduce complications. An example of this approach is prodrug formation of the anticancer drug bisantrene (93).

## IV. Delivery of Solubilized System

Infusion rate is an important consideration in the delivery of solubilized systems as it influences the concentration and duration that the vessel wall is exposed to an irritating agent. It may moderate the degree

MELINTA017414

Appx2683

of drug precipitation *in vivo* and the incidence of phlebitis. Conflicting reports on preferred administration conditions in the clinical setting for irritating formulas are found in the literature (80). Ward and Yalkowsky (94) studied this factor using the rabbit ear model for phlebitis, by varying the flow rate of an irritating drug from 0.02–3 mL/min. Interestingly, minimal phlebitis was observed at slow and at rapid infusions. Greatest irritation was observed at 1.0 and 1.25 mL/min injection rates.

Various *in vitro* tests have been developed to aid selection of an infusion rate prior to *in vivo* studies. The *in vitro* dynamic flow system using spectrophotometric detection of precipitate, was originally developed by Yalkowsky and co-workers (95). The model has been modified to consider buffer capacity, as might be anticipated in bloodstream (96), and protein binding—through incorporation of bovine serum albumin into the infusion solution (14). A static system utilizing dog plasma was also recently described (88). The renin inhibitor ditekiren is an example of the application of this *in vitro* model to study drug precipitation upon injection (14).

## V. Summary

Solubilization of poorly water soluble or water insoluble drugs for use in intravenously administered dosage forms is a very formidable task for the parenteral formulation scientist. We have briefly reviewed pertinent literature for parenteral drug solubilization and provided tabular information to assist parenteral formulation scientists in tackling and solving their solubility problems. However, until we can better understand and predict solubility behavior in interactive solvent systems, the why's and how's for parenteral drug solubilization using acceptable (safe and regulatory compliant) approaches will largely remain an empirical effort, leaving great opportunities for scientists to get more involved in this field.

The authors gratefully acknowledge Dr. George Cuff for his helpful review of this manuscript.

## References

1. D. J. W. Grant and T. Higuchi, Solubility Behavior of Organic Compounds, John Wiley & Sons; New York, NY, 1990.
2. K. C. James, Solubility and Related Properties, Marcel Dekker; New York, NY, 1986.
3. A. Martin, P. Bustamante, and A. H. C. Chun, Physical Pharmacy, 4th ed., Lea & Febiger; Philadelphia, PA, 1993, pp. 169–176.
4. G. L. Flynn, "Solubility concepts and their applications to the formulation of pharmaceutical systems," *J. Pharm. Sci. Technol.*, 38, 202–209 (1984).
5. J. T. Rubino and S. H. Yalkowsky, "Cosolvency and deviations from log-linear solubilization," *Pharm. Res.*, 4, 231–236 (1987).
6. S. F. Kramer and G. L. Flynn, "Solubility of organic hydrochlorides," *J. Pharm. Sci.*, 61, 1896–1904 (1972).
7. S. M. Berge, L. D. Bighley and D. C. Monkhouse, "Pharmaceutical Salts," *J. Pharm. Sci.*, 66, 1–19 (1977).
8. T. Higuchi, F. L. Shih, T. Kimura, and J. H. Rytting, "Solubility determination of barely aqueous-soluble organic solids," *J. Pharm. Sci.*, 68, 1267–1272 (1979).
9. J. K. Guillory and R. I. Poust, "Chemical kinetics and drug stability," Modern Pharmaceutics, Marcel Dekker; New York, NY, 1996, pp. 179–211.
10. A. S. Kearney, S. C. Mehta and G. W. Radebaugh, "Aqueous stability and solubility of CI-988, a novel 'dipeptoid' cholecystokinin-B receptor antagonist," *Pharm. Res.*, 9, 1092–1095 (1992).
11. P. Simamora, S. Pinsuwan, J. M. Alvarez, P. B. Myrdal, and S. H. Yalkowsky, "Effect of pH on injection phlebitis," *J. Pharm. Sci.*, 84, 520–522 (1995).
12. P. B. Myrdal, P. Simamora, Y. Surakitbanharn, and S. H. Yalkowsky, "Studies in phlebitis. VII: In Vitro and In Vivo evaluation of pH-solubilized levemopamil," *J. Pharm. Sci.*, 84, 849–852 (1995).
13. Y. Surakitbanharn, P. Simamora, G. H. Ward, and S. H. Yalkowsky, "Precipitation of pH solubilized phenytoin," *Int. J. Pharm.*, 109, 27–33 (1994).
14. S. R. Davio, M. M. McShane, T. J. Kakuk, R. M. Zaya, and S. L. Cole, "Precipitation of the renin inhibitor ditekiren upon iv infusion; In Vitro studies and their relationship to In Vivo precipitation in the cynomolgus monkey," *Pharm. Res*, 8, 80–83 (1991).
15. M. S. Islam and M. M. Narurkar, "Solubility, stability, and ionization behaviour of famotidine," *J. Pharm. Pharmacol.*, 45, 682–686 (1993).
16. C. E. Pasini and J. M. Indelicato, "Pharmaceutical properties of loracarbef: The remarkable solution stability of an oral 1-carba-1-dethiacephalosporin antibiotic," *Pharm. Res.*, 9, 250–254 (1992).
17. Y. J. Wang and R. R. Kowal, "Review of excipients and pH's for parenteral products used in the United States," *J. Parenter. Drug Assoc.*, 34, 452–462 (1980).
18. L. A. Trissel, Handbook on Injectable Drugs, American Society of Hospital Pharmacists, Inc.; Washington, DC, 1994.
19. Physicians Desk Reference, 48th ed., Medical Economics, Co.; NJ, 1995.
20. S. H. Yalkowsky and T. J. Roseman, "Solubilization of drugs by cosolvents," Techniques of Solubilization of Drugs, Marcel Dekker; New York, NY, 1981, pp. 91–134.
21. S. L. Gupta, J. P. Patel, D. L. Jones and R. W. Partipilo, "Parenteral formulation development of renin inhibitor Abbott-72517," *J. Parenter. Sci. Technol.*, 48, 86–91 (1994).
22. N. Rajagopalan, C. M. Dicken, L. J. Ravin, and L. A. Sternson, "A study of the solubility of amphotericin B in nonaqueous solvent systems," *J. Parenter. Sci. Technol.*, 42, 97–102 (1988).
23. M. Gibson, A. J. Denham, P. M. Taylor and N. J. Payne, "Development of a parenteral formulation of trimelamol, a synthetic S-triazine carbinolamine-containing cytotoxic agent," *J. Parenter. Sci. Technol.*, 44, 306–313 (1990).
24. J. T. Rubino, J. Blanchard, and S. H. Yalkowsky, "Solubilization by cosolvents II: Phenytoin in binary and ternary solvents," *J. Parenter. Sci. Technol.*, 38, 215–221 (1984).
25. J. T. Rubino, J. Blanchard, and S. H. Yalkowsky, "Solubilization by cosolvents IV: Benzocaine, diazepam, and phenytoin in aprotic cosolvent-water mixtures," *J. Parenter. Sci. Technol.*, 41, 172–176 (1987).
26. P. L. Gould, M. Goodman, P. A. Hanson, "Investigation of the solubility relationships of polar, semi-polar and non-polar drugs in mixed co-solvent systems," *Int. J. Pharm.*, 19, 149–159 (1984).
27. A. Li and S. H. Yalkowsky, "Solubility of organic solutes in ethanol/water mixtures," *J. Pharm. Sci.*, 83, 1735–1740 (1994).
28. Y-W. Chien, "Solubilization of metronidazole by water-miscible multi-cosolvents and water-soluble vitamins," *J. Parenter. Sci. Technol.*, 38, 32–36, (1984).
29. T. Rubino and S. H. Yalkowsky, "Cosolvency and cosolvent polarity," *Pharm. Res.*, 4, 220–230 (1987).
30. A. Martin, P. L. Wu, Z. Liron, and S. Cohen, "Dependence of solute solubility parameters on solvent polarity," *J. Pharm. Sci.*, 74, 638–642, (1985).
31. N. Kettanah-Wold, "Use of experimental design in the pharmaceutical industry," *J. Pharm. Biomed. Anal.*, 9, 605–610 (1991).
32. J. B. Schwartz and R. E. O'Connor, "Optimization techniques in pharmaceutical formulation and processing," Modern Pharmaceutics, Marcel Dekker; New York, NY, 1996, pp. 727–752.
33. S. C. Smolinske, Handbook of Food, Drug, and Cosmetic Excipients, CRC Press; Boca Raton, FL, 1992.
34. Handbook of Pharmaceutical Excipients, 2nd ed., American Pharmaceutical Association; Washington, DC, 1994.
35. "Final report on the safety assessment of propylene glycol and polypropylene glycols," *J. Am. Coll. Toxicol.*, 13, 437–491 (1994).
36. "Final report on the safety assessment of polyethylene glycols (PEGs) -6, -8, -32, -75, -150, -14M, -20M," *J. Am. Coll. Toxicol.*, 12, 429–457 (1993).
37. M. S. B. Frank, M. C. Nahata and M. D. Hilty, "Glycerol: A review

MELINTA017415

Appx2684

of its pharmacology, pharmacokinetics, adverse reactions, and clinical use," *Pharmacotherapy*, 1, 147–160, (1981).

38. B. D. Tarr and S. H. Yalkowsky, "A new parenteral vehicle for the administration of some poorly water soluble anti-cancer drugs," *J. Parenter. Sci. Technol.*, 41, 31–33 (1987).

39. S. E. Tabibi and C. T. Rhodes, "Disperse Systems," Modern Pharmaceutics, Marcel Dekker, New York, NY, 1996, pp. 299–332.

40. McCutcheon's Volume 1: Emulsifiers and Detergents, MC Publishing Co.; Glen Rock, NJ, 1995.

41. K. M. S. Fahelelbom, R. F. Timoney, and O. I. Corrigan, "Micellar solubilization of clofazimine analogues in aqueous solutions of ionic and nonionic surfactants," *Pharm. Res.*, 10, 631–634 (1993).

42. A. T. Florence, "Drug solubilization in surfactant system," Techniques of Solubilization of Drugs, Marcel Dekker; New York, NY, 1981, pp. 15–89.

43. D. Attwood and A. T. Florence, Surfactant Systems, Their Chemistry, Pharmacy and Biology, Chapman and Hall; London, England, 1983.

44. R. K. Varma, R. Kaushal, A. Y. Junnarkar, G. P. Thomas, M. U. R. Naidu, P. P. Singh, R. M. Tripathi, and D. R. Shridar, "Polysorbate 80: A Pharmacological Study," *Arznein.-Forsch./Drug Res.*, 35, 804–808 (1985).

45. Meyler's Side Effects of Drugs, 12th ed. Elsevier; Amsterdam, The Netherlands, 1992.

46. M. Danish and M. K. Kottke, "Pediatric and Geriatric Aspects of Pharmaceutics," Modern Pharmaceutics, Marcel Dekker; New York, NY, 1996, pp. 809–842.

47. L. S. S. Guo, R. M. Fielding, D. D. Lasic, R. L. Hamilton and D. Mufson. "Novel antifungal drug delivery: Stable amphotericin B-cholesteryl sulfate discs," *Int. J. Pharm.*, 75, 45–54 (1991).

48. L. H. Wang, R. M. Fielding, P. C. Smith, and L. S. S. Guo, "Comparative tissue distribution and elimination of amphotericin B colloidal dispersion (Amphocil) and Fungizone after repeated dosing in rats," *Pharm. Res.*, 12, 275–283 (1995).

49. C. E. Strattan, "2-Hydroxypropyl-β-cyclodextrin, Part II: Safety and manufacturing issues," *Pharm. Technol.*, 52–58 (1992).

50. M. E. Brewster, J. W. Simpkins, M. S. Hora, W. C. Stern, and N. Bodor, "The Potential Use of Cyclodextrins in Parenteral Formulations," *J. Parenter. Sci. Technol.*, 43, 231–240, (1989).

51. G. C. Visor, L-H. Lin, E. Benjamin, R. G. Strickley and L. Gu, "Parenteral formulation development for the positive inotropic agent RS82856: solubility and stability enhancement through complexation and lyophilization," *J. Parenter. Sci. Technol.*, 41, 120–125, 1987.

52. W. D. Walking, F. A. Chrzanowski, R. C. Mamajek, B. J. Fegely, N. E. Mobley, and L. A. Ulissi, "Solubilization of Zomepirac," *J. Parenter. Sci. Technol.*, 36, 190–192 (1982).

53. R. J. Prankerd, S. G. Frank, and V. J. Stella, "Preliminary development and evaluation of a parenteral emulsion formulation of penclomedine (NCS-338720; 3,5-dichloro-2,4-dimethoxy-6-trichloromethylpyridine): A novel, practically water insoluble cytotoxic agent," *J. Parenter. Sci. Technol.*, 42, 76–81 (1988).

54. M. A. K. Mattila and M. Suistomaa, "Intravenous premedication with diazepam. A comparison between two vehicles," *Anaesthesia*, 39, 879–882, (1984).

55. S. S. Davis, J. Hadgraft, and K. J. Palin, "Medical and Pharmaceutical Applications of Emulsions," Encyclopedia of Emulsion Technology, Vol. 2, Marcel Dekker; New York, NY, 1985, pp. 159–238.

56. P. K. Hansrani, S. S. Davis, and M. J. Groves, "The preparation and properties of sterile intravenous emulsions," *J. Parenter. Sci. Technol.*, 37, 145–150 (1983).

57. M. Singh and L. J. Ravin, "Parenteral emulsions as drug carrier systems," *J. Parenter. Sci. Technol.*, 40, 34–41 (1986).

58. R. J. Prankerd and V. J. Stella, "The use of oil-in-water emulsions as a vehicle for parenteral drug administration," *J. Parenter. Sci. Technol*, 44, 139–149 (1990).

59. M. R. Gasco, F. Pattarino, and F. Lattanzi, "Long-acting delivery systems for peptides reduced plasma testosterone levels in male rats after a single injection," *Int. J. Pharm.*, 62, 119–125 (1990).

60. R. G. Strickley and B. D. Anderson, "Solubilization and stabilization of an anti-HIV thiocarbamate, NSC 629243, for parenteral delivery, using extemporaneous emulsions," *Pharm. Res.*, 10, 1076–1082 (1993).

61. P. P. Constantinides, "Lipid microemulsions for improving drug dissolution and oral absorption: Physical and biopharmaceutical aspects," *Pharm. Res.*, 12, 1561–1572 (1995).

62. J. Wahlberg, H. E. Wilczek, P. Fauchald, K. P. Nordal, J. G. Heaf, K. Olgaard, J. M. Hansen, H. Lokkegaard, E. A. Mueller, and J. M. Kovarik, "Consistent absorption of cyclosporine from a microemulsion formulation assessed in stable renal transplant recipients over a one-year study period," *Transplantat.*, 60, 648–652, (1995).

63. A. F. Hofmann, "Bile Acids," The Liver: Biology and Pathobiology, 2nd ed., Raven Press, Ltd.; New York, NY, 1988, pp. 553–572.

64. H. A. Onyuksel and K. Son, "Mixed micelles as proliposomes for the solubilization of teniposide," *Pharm. Res.*, 9, 1556–1562 (1992).

65. M. Rosoff and A. T. M. Serajuddin, "Solubilization of diazepam in bile salts and in sodium cholate-lecithin-water phases," *Int. J. Pharm.*, 6, 137–146 (1980).

66. M. Havel, M. Muller, W. Graninger, R. Kurz, and H. Lindemayr, "Tolerability of a new vitamin k1 preparation for parenteral administration to adults: one case of anaphylactoid reaction," *Clin. Ther.*, 9, 373–379, (1987).

67. H. Aikan-Onyuksel, S. Ramakrishnan, H. B. Chai, and J. M. Pezzuto, "Mixed micellar formulation suitable for the parenteral administration of taxol," *Pharm. Res.*, 11, 206–212 (1994).

68. R. Coleman, P. J. Lowe and D. Billington, "Membrane lipid composition and susceptibility to bile salt damage," *Biochim. Biophys. Acta.*, 599, 294 (1980).

69. J. B. Cannon, N. A. Williams, and K. J. Papp, "Reduction of pain on intravenous infusion with bile salt formulations for a macrolide antibiotic," *Int. J. Pharm.*, 114, 65–74, (1995).

70. K. Teelmann, B. Schlappi, M. Schupbach and A. Kistler, "Preclinical safety evaluation of intravenously administered mixed micelles," *Arznein.-Forsch./Drug Res.*, 34, 1517–1523 (1984).

71. D. D. Lasic and P. Papahadjopoulos, "Liposomes revisited," *Science*, 267, 1275–1276 (1995).

72. R. Janknegt, S. de Marie, I. A. J. M. Bakker-Woudenberg, and D. J. A. Crommelin, "Liposomal and lipid formulations of amphotericin B," *Clin. Pharmacokinet.*, 23, 279–291 (1992).

73. R. M. Fielding, "Liposomal Drug Delivery," *Clin. Pharmacokinet.*, 21, 155–164 (1991).

74. D. J. A. Crommelin and H. Schreier, "Liposomes," Colloidal Drug Delivery Systems, Marcel Dekker; New York, NY, 1994, pp. 73–190.

75. J. Kreuter, "Nanoparticles," Colloidal Drug Delivery Systems, Marcel Dekker; New York, NY, 1994, pp. 219–342.

76. S. D. Patel and S. H. Yalkowsky, "Development of an intravenous formulation for the antiviral drug 9-(β-D-arabinofuranosyl)-adenine," *J. Parenter. Sci. Technol.*, 41, 15–20 (1987).

77. B. D. Tarr and S. H. Yalkowsky, "A new parenteral vehicle for the administration of some poorly water soluble anti-cancer drugs," *J. Parenter. Sci. Technol.*, 41, 31–33 (1987).

78. M. Gibson, A. J. Denham, P. M. Taylor, and N. I. Payne, "Development of a parenteral formulation of trimelamol, a synthetic s-triazine carbinolamine-containing cytotoxic agent," *J. Parenter. Sci. Technol.*, 44, 306–313 (1987).

79. S. A. Ross, "Infusion Phlebitis," *Nurs. Res.*, 21, 313–318 (1972).

80. G. B. H. Lewis and J. F. Heker, "Infusion thrombophlebitis," *Br. J. Anaesth.*, 57, 220–233 (1985).

81. S. J. Turco, "Infusion Phlebitis: A review of the literature," *Parenterals*, 5, 1–8 (1987).

82. G. H. Ward, P. E. Nolan, Jr., M. White and S. H. Yalkowsky, "Studies in phlebitis. II. Early detection of amiodarone-induced phlebitis in a rabbit model," *Pharm. Res.*, 8, 801–803 (1991).

83. M. White and S. H. Yalkowsky, "Studies in phlebitis. III. Evaluation of diazepam and phenytoin," *Pharm. Res.*, 8, 1341–1342 (1991).

84. D. M. Hoover, J. B. Gardner, T. L. Timmerman, J. A. Klepfer, D. A. Laska, S. L. White, J. P. McGrath, M. K. Buening, and P. D. Williams, "Comparison of In Vitro and In Vivo models to assess venous irritation of parenteral antibiotics," *Fund. Appl. Toxicol.*, 14, 589–597 (1990).

85. G. H. Ward and S. H. Yalkowsky, "Studies in phlebitis V: Hemolysis as a model for phlebitis," *J. Parenter. Sci. Technol.*, 47, 44–46 (1993).

86. R. C-C. Fu, D. M. Lidgate, J. L. Whatley, and T. McCullough, "Biocompatibility of parenteral vehicles In Vitro/In Vivo screening comparison and the effect of excipients on hemolysis," *J. Parenter. Sci. Technol.*, 41, 164–168 (1987).

87. F. L. Fort, I. A. Heyman and J. W. Kesterson, "Hemolysis study of aqueous polyethylene glycol 400, propylene glycol and ethanol combinations In Vivo and In Vitro," *J. Parenter. Sci. Technol.*, 38, 82–87 (1984).

88. S. K. Gupta, J. P. Patel, D. L. Jones, and R. W. Partipilo, "Parenteral formulation development of renin inhibitor Abbott-72517," *J. Parenter. Sci. Technol.*, 48, 86–91 (1994).

89. K. W. Reed and S. H. Yalkowsky, "Lysis of human red blood cells

MELINTA017416

in the presence of various cosolvents," *J. Parenter. Sci. Technol.,* 39, 64–68 (1985).

90. F. P. Siegel, "Tonicity, osmoticity, osmolality, and osmolarity," Remington's Pharmaceutical Sciences, 18 ed., Mack; Easton, PA, 1990, pp 1481–1498.

91. T. Nishio, S. Hirota, J. Yamashita, K. Kobayashi, Y. Motohashi and Y. Kato, "Erythrocyte changes in aqueous polyethylene glycol solutions containing sodium chloride," *J. Pharm. Sci.,* 71, 977–979 (1982).

92. W. Klement and J. O. Arndt, "Pain on injection of propofol: effects of concentration and diluent," *Br. J. Anaesth.,* 67, 281–284 (1991).

93. K. C. Murdock, V. J. Lee, R. V. Citarella, F. E. Durr, G. Nicolau, and M. Kohlbrenner, "N-phosphoryl derivatives of bisantrene. Antitumor prodrugs with enhanced solubility and reduced potential for toxicity," *J. Med. Chem.,* 36, 2098–2101 (1993).

94. G. H. Ward and S. H. Yalkowsky, "Studies in phlebitis IV: Injection rate and amiodarone-induced phlebitis," *J. Parenter. Sci. Technol.,* 47, 40–43 (1993).

95. S. H. Yalkowsky, S. C. Valvani and B. J. Johnson, "In Vitro methods for detecting precipitation of parenteral formulations after injection," *J. Pharm. Sci.,* 72, 1014–1017 (1983).

96. W. J. Irwin and M. Iqbal, "Bropirimine formulation: The dynamic testing of injections," *Int. J. Pharm.,* 83, 241–249 (1992).

MELINTA017417

Appx2686

This material may be protected by Copyright law (Title 17 U.S. Code)

J O U R N A L   O F

A publication of the
**American Pharmaceutical Association**
and the
**American Chemical Society**

# Pharmaceutical Sciences

**July 1998**
Volume 87, Number 7

*MINIREVIEW*

Melinta v. Nexus
21-cv-02636
**PTX 239**

## Formulation-Related Problems Associated with Intravenous Drug Delivery

S. H. YALKOWSKY,* J. F. KRZYZANIAK, AND G. H. WARD

Contribution from *Department of Pharmaceutical Sciences, University of Arizona, College of Pharmacy, 1703 East Mabel Street, P.O. Box 210207, Tucson, Arizona 85721.*

Received February 9, 1998.    Final revised manuscript received March 31, 1998.
Accepted for publication March 31, 1998.

### Introduction

The intravenous route is the most rapid and the most bioavailable method of getting a drug into the systemic circulation. However, this route is prone to a number of problems. Some of the problems associated with intravenous drug delivery are independent of the formulation. These include hypersensitivity, microbiological contamination, particulate matter, and poor injection technique or burred needles. These have been discussed in detail by Turco[1] and in books edited by Avis et al.[2,3] Others are the result of design of the formulation itself and the rate at which it is injected. The major adverse effects of intravenous administration that result from the formulation are hemolysis, precipitation, phlebitis, and pain. These latter adverse effects are the subjects of this review. Each is discussed with respect to its relationship to the design of the formulation and the way in which it is injected. A single model of the injection site is presented to aid in the understanding of the causes of hemolysis, phlebitis and pain, and their relationship to precipitation of the active ingredient.

Hemolysis is the loss of integrity of the red blood cell membrane with the release of the cellular contents into the plasma. The resulting increase in hemoglobin concentration can be particularly problematic. If the release of free hemoglobin into the circulation is more than the body can clear, a number of symptoms can result, including fever, chills, abdominal and back pain, shortness of breath, prostration, and shock. High plasma concentrations of hemoglobin can lead to plaque formation and the clogging of renal tubules, thereby affecting kidney function.[4-6] Hemolysis may also produce congestion in the reticuloen-

dothelial cells of the spleen and liver causing splenomegaly and jaundice, respectively.[7] Hemolysis, or the lysis of red blood cells, can result from hypotonicity or from the effect of either the drug or the formulation components on cell membranes.

The only purely physical problem associated with the intravenous injection of drugs is phase separation, i.e., the formation of oil droplets or crystals of drug upon mixing of the formulation with blood. Precipitation of solubilized drugs can also result in uneven or delayed bioavailability. In fact, the mere presence of a separate drug phase indicates a reduced concentration in the aqueous phase. If the second phase is rapidly redissolved there may be no loss in total efficacy. However, if it becomes embedded into or sorbed onto the cells of the vein wall and redissolution is gradual, either reduced or prolonged efficacy can result. If the precipitated material is crystalline, the particles can cause cellular abrasion as they move along the vein wall.

Phlebitis (or thrombophlebitis) is an inflammation of the vein wall. It is similar to other inflammatory processes in that it is characterized by clinical observations of pain tenderness, edema, erythema, and a local temperature increase. In addition, phlebitis can cause thrombus formation which can ultimately lead to death. Phlebitis is a fairly common and potentially very serious side effect of intravenous therapy. Boon et al.[8] found that drugs commonly used in anesthetic practice produce a 36% incidence of phlebitis. Phlebitis has also been reported as a common side effect of amiodarone,[9] phenytoin,[10] and diazepam.[11] Phlebitis has long been associated with the mechanical and chemical effects of particulate matter introduced during injection. These particles may be present initially in the

© 1998, American Chemical Society and
American Pharmaceutical Association

S0022-3549(98)00051-3 CCC: $15.00
Published on Web 06/05/1998

*Journal of Pharmaceutical Sciences* / **787**
Vol. 87, No. 7, July 1998

MELINTA017357



○ ○  Red Blood Cells

✕ ✕  Crystal Particles

▭ ▭  Vein Wall Cells

▨▨  Minimum Hemolytic Concentration

▨▨  Minimum Precipitation concentration

**Figure 1**—Schematic of intravenous injection site. (a) slow injection rate, (b) moderate injection rate, (c) very rapid injection rate.

formulation, due to a physical instability of the formulation during storage, inadequate quality control over manufacturing, or poor extemporaneous compounding technique. Additionally, spontaneous crystallization of the drug at the time of administration may occur if drug solubility limits are approached during dilution and mixing in the blood-stream.[12] Phlebitis can also be related to the inherent properties of the formulation components.

Both the cause of pain and its nonclinical evaluation are poorly understood. In some cases, but not always, pain is associated with tissue damage and is reflected by either hemolysis or phlebitis. Graham et al.[13] showed that while 87% of patients receiving intravenous diazepam experienced pain, less than 16% manifested evidence of phlebitis.

This paper reviews the causes of the above problems and the various in vivo and in vitro means available for their evaluation. The results of studies conducted using both in vitro and in vivo methods for the detection and prediction of physical/chemical changes in the formulation during delivery are discussed. A general model of the injection site is presented in order to aid in understanding the physical and biological consequences of formulation interactions in vivo. Using this model the interrelationships among hemolysis, precipitation, phlebitis, and pain, with respect to the design of intravenous formulations, are discussed.

## Injection Site Model

To minimize or totally eliminate problems associated with hemolysis, precipitation, phlebitis, or pain resulting from intravenous injection, it is necessary to have good (preferably in vitro) screening procedures for these problems. Before such procedures can be developed, it is helpful

to have a reasonable model for the injection site. The model described in Figure 1 can be helpful in understanding the factors that contribute to both hemolysis and phlebitis.

As the formulation is injected it forms a plume that is carried downstream by the blood. The plume is most concentrated (darker) in the center and becomes progressively more dilute (lighter) with increasing distance from its center. As the formulation diffuses, the plume becomes larger and less concentrated with increasing distance from the injection site. Injection of the same formulation at a slower injection rate (or into a larger vein) will produce a lower concentration of formulation at all points because any given amount of the formulation will be diluted by a greater volume of blood after a slow injection. A moderate injection rate produces a wider and more concentrated plume. These are illustrated in Figure 1, parts a and b, respectively. As the plume moves downstream it is diluted and enlarged by blood from intersecting veins. Eventually it is diluted to a negligible concentration spread over the entire blood volume. If the formulation is injected very rapidly, i.e., at a rate which is greater than the blood flow rate, it will fill the vein and form a formulation plug as illustrated in Figure 1c instead of a plume. In all cases, once the injection is completed, the red blood cells move downstream at about the same rate as the formulation plume. Note that the actual flow rate depends on the size of the injected vein and the physical condition of the patient.

**Hemolysis**—Hemolysis will occur if the red blood cells are placed in an environment which is hypotonic or which can cause the disruption of their membranes. Although hemolysis is not strictly proportional to solution tonicity it is definitely a function of vehicle composition.[14–16] It can be caused by cosolvents, surfactants, and other excipients

MELINTA017358



**Figure 2**—Schematic of injection site and downstream veins after injection (dark areas represent precipitated particles).

as well as by the drug itself. Nearly any hemolytic solution will become less hemolytic when diluted with normal saline or with blood.

Hemolysis is not an instantaneous process. It takes time for enough drug to interact with the cell membrane to alter its function or for sufficient water to enter the cell to cause it to rupture. Just as it is possible to pass a finger over a candle flame without getting burned, it is possible for a red blood cell to pass through a hemolytic condition without damage. In both cases time is the key factor. All cells can withstand an undesirable condition for a short time. The time required for a condition to produce cell damage is inversely proportional to the severity of the condition. Thus red blood cells can endure a slightly hemolytic concentration of a substance longer than they can a highly hemolytic concentration.

When a formulation is injected into a vein, the red blood cells (circles) are displaced from the center (darker region) by the formulation itself. Therefore, the cells only come into contact with formulation that has been diluted to some degree. Only those cells that are in contact with a sufficiently high concentration of formulation are prone to hemolysis. The maximum tolerable concentration that will not produce hemolysis is dependent upon the composition of the formulation. As the plume is diluted, each of the concentration regions becomes more dilute and the hemolytic region becomes smaller. Thus, even though a formulation is hemolytic in the pure state, it may not be hemolytic when injected, especially if it is injected slowly.

If the concentration in the central region of Figure 1a is the minimum concentration that will produce hemolysis, then no hemolysis will be produced by the slow injection depicted. However, since the more rapid injection described by Figure 1b places this hemolytic concentration in contact with a number of cells, it will produce some hemolysis. A more concentrated formulation or a more rapidly injected formulation will produce a greater amount of hemolysis. Within a very short time all of the plume is sufficiently diluted so that it is no longer hemolytic. Therefore, the cells are only in contact with a hemolytic region from immediately after injection until the concentration of the most concentrated region falls below the minimum hemolytic concentration and hemolysis ceases. This is illustrated in Figure 2.

If a plug is formed, the concentrated formulation will have less contact with the cells than if a plume is formed. Note that the very rapid injection rate results in less contact of blood cells with the hemolytic region. This will produce less hemolysis at the injection site. However, as the plug moves downstream and is diluted by blood from intersecting veins, it comes into contact with red blood cells. Although there is less hemolysis at the injection site, there will be more hemolysis downstream.

**Precipitation**—A number of injectable drugs must be given at a concentration which is higher than their aqueous solubility. The various means of solubilization of drugs and the precipitation of solubilized drugs upon dilution was extensively reviewed by Yalkowsky.[17] The most commonly

used means of increasing solubility of injectable drugs is by the addition of a cosolvent or by altering the pH of an aqueous formulation. It was shown that the solubility of many drugs increases exponentially with a linear increase in cosolvent composition or with a linear increase in either hydrogen or hydroxide ion concentration. The concomitant exponential decreases in solubility with a linear decrease in either cosolvent, hydrogen ion, or hydroxide ion is responsible for the fact that many drugs precipitate upon dilution with blood or other aqueous media. When the formulation is diluted to the point at which the concentration of cosolvent, hydrogen ion, or hydroxide ion is not sufficient to maintain the solubility of the drug above the concentration present, precipitation will occur. Valium and Dilantin are among the several commercial products which are highly prone to precipitation upon dilution or injection.

The minimum formulation concentration that can keep the diluted dose in solution is illustrated in the same manner as the minimum hemolytic concentration in Figure 1. For purposes of illustration this is assumed to be the same as the minimum hemolytic concentration. However, these concentrations can differ significantly, depending upon the nature of the drug and the formulation. In this region the drug may form a supersaturated solution, but more likely it will precipitate as either crystals or oil droplets. Precipitated particles or droplets are indicated by "x"s in Figure 1. Note that the minimum hemolytic concentration need not be the same as the minimum precipitation concentration.

If a plug is formed there will be less dilution of the formulation by the blood in the region of the injection site. The only regions in which a supersaturated solution forms are the leading edge and the trailing edge of the plug. Consequently, there will be less precipitation from a very rapid injection than from a slow or moderate rate injection. As the plug becomes further diluted, the concentration of the drug decreases to below the solubility limit, so that no further precipitation will occur.

**Phlebitis**—Unlike the red blood cells, which flow downstream along with the formulation, the vein wall cells (rectangles in Figures 1 and 2) are stationary and are only in contact with the diluted plume as it passes over them. If the formulation is inherently destructive to the vein wall cells, and if the formulation is sufficiently concentrated, it may cause phlebitis. On the other hand, if the formulation is sufficiently diluted with blood, it will pass over the vein wall cells without producing any effect. However, if the drug precipitates when the formulation is diluted, the crystals will flow downstream with the blood and possibly cause some cell abrasion as they tumble over the inner vein wall. The precipitated particles may also come to rest along the wall of the vein or become embedded in its cells as illustrated in Figure 2. Note that Figure 1 is an enlargement of the left side of Figure 2. In the latter instance some vein wall cells will be in contact with the saturated solution of the drug that is in equilibrium with the precipitate. This causes the cells to be exposed to a very high (mg/kg) dose of the drug. While a nonprec-

MELINTA017359

Appx2689

**Table 1—In Vivo Methods Used To Evaluate Hemolysis after a Single Intravenous Injection**

| in vivo method | fluid colltd | animal model | injection vol (mL) | injection rate (mL/min) | first sample (min) | test soln |
|---|---|---|---|---|---|---|
| Brittain and D'arcy[20] | blood | rabbit | 8–12 | — | 180 | cosolvent |
| Wickliffe et al.[21] | blood | rabbit | 5–130 | 1–10 | 20 | water |
| Berg et al.[22] | blood | dog | 52–156 | 20 | 180 | water |
| Banziger[23] | blood | dog | 2 | 0.5 | 1 | cosolvent |
| Carpenter et al.[24] | blood | dog | 10 | — | 30 | cosolvent |
| Gentry and Black[25] | blood | dog | 4.5 | 2.0 | 1 | cosolvent |
| Fort et al.[26] | urine | rat | 1.0 | 3.3 | 180 | cosolvent |
| Fu et al.[27] | urine | rat | 0.5 | 0.17 | 1440 | cosolvent |

ipitating formulation (even if saturated) will be in contact with the vein wall cells only momentarily, a precipitate will remain in contact with the vein wall cells until it redissolves. Since redissolution can be quite slow, cell damage from prolonged contact with precipitated drug and its saturated solution can be extensive. Therefore, even if a drug is inherently cytotoxic and its solution will cause phlebitis, precipitation will worsen the phlebitis by prolonging the contact of the drug with the vein wall cells.

Although a number of factors have been implicated as causes of phlebitis, particulate matter is the most clearly documented (Schroeder and DeLuca, 1973). Phlebitis is known to be produced by virtually any particulate matter. Infusion solutions containing very small amounts of particles can produce phlebitis upon prolonged administration. In fact many infusions are given with an in-line filter to minimize the injection of particulate matter. Certainly, precipitated drug, even if it does not adhere to the vein, will act as particulate matter and produce phlebitis.

**Pain**—Pain is well recognized as a primary symptom of cell damage such as in phlebitis. However, the presence of pain on injection is not indicative of either cell damage or phlebitis. There are a number of types of pain, (e.g., burning, itching, stinging, aching), and none of them can be predicted with any degree of certainty. It is known that pain associated with intravascular injection is usually of short duration unless it is related to phlebitis. This is because the offending substance is rapidly diluted and removed from the injection site. Pain resulting from intramuscular injection is generally of longer duration because the formulation remains in a fairly concentrated form at the injection site for a longer period of time.

**In Vivo Studies**—To minimize the problems described above for intravenous drug delivery, it is extremely helpful to test all formulations in animals before initiating clinical studies. Of the various animal models available for screening formulations for problems associated with intravenous injection the rabbit ear is the most often used. While any vein of any animal can be used, the rabbit ear vein is the most convenient and reliable. Rabbits are inexpensive compared to dogs, and their ear veins are much more readily accessible and viewable than the veins of other commonly used laboratory animals.

In conducting in vivo studies of intravenous injections it is important to appreciate the concept of effective venous concentration. The effective concentration, EC, of a drug is its concentration in the injected vein at the site of the injection at the time of the injection. Effective concentration has been defined by Ward and Yalkowsky[18] as

$$ EC = formulation\ concentration \times \frac{injection\ rate}{blood\ flow\ rate} $$

Note that a dilute formulation injected rapidly can have the same effective concentration as a concentrated formulation which is injected slowly. It is the effective concentration that indicates the amount of contact of the drug

with itself and with various body components. It is therefore the effective concentration that determines whether the formulation will produce precipitation, toxicity to erythrocytes or the cells of the inner wall of the blood vessel, or pain. The need to minimize the effective venous concentration is consistent with the fact that many parenteral manufacturers recommend a slow injection rate for their intravenous products.[19]

**In Vivo Hemolysis**—Hemolysis can be measured in vivo by analysis of either blood or urine at some time after an intravenous injection. Krzyzaniak[5,6] reviewed the various attempts at the in vivo quantitation of intravascular hemolysis. The key features of these experimental procedures are summarized in Table 1. Because intravascular hemolysis increases the concentration of circulating free hemoglobin in the blood, the blood level of hemoglobin is a good indicator of hemolysis. Unfortunately, the results of these studies are hard to compare because they are based on different body fluids, different test animals, different injection volumes, different injection rates, and different sampling times, as well as different test vehicles.

Although urine levels of hemoglobin have been used as an indicator of hemolysis, they are much less reliable than blood levels. When the amount of hemoglobin in the plasma is greater than the binding capacity of haptoglobin (a protein which forms a nontoxic complex with free hemoglobin), hemoglobinuria is observed. However when hemolysis is mild, hemoglobin is completely bound to haptoglobin and no hemoglobinuria is observed. On the other hand severe hemolysis can cause renal failure and death.

**In Vivo Precipitation**—It is possible to physically test for precipitation in vivo by excising the injected ear vein and examining it under polarized light. Powis and Kovach[28] and Sambandan and Yalkowsky[29] used this technique to confirm that bisantrene precipitates in the rabbit ear vein following an intravenous injection. They observed small crystals as well as a bright orange stain (which is characteristic of bisantrene) on the inner wall of the excised vein. Similarly Davio et al.[30] found precipitated ditekirin in monkeys that were given the drug by jugular cannulation.

**In Vivo Phlebitis**—The most common model for the evaluation of phlebitis is the marginal ear vein of the rabbit. This vein is easily accessible and easily viewed, especially if the ear is shaved. A specified amount of formulation is injected at a specified rate into one vein, and the same vein on the other ear is used as a control. Nearly all early evaluations of phlebitis are based upon a visual comparison of the injected ear with the noninjected control ear. To more precisely quantify phlebitis, many workers have used rating scales similar to that of Table 2. Although these scales are arbitrary and their use is subjective, they provide a means of numerically rating the severity of phlebitis.

There have been a large number of clinical and animal studies in which phlebitis has been evaluated visually by scales such as given in Table 2. Levy et al.[11] evaluated

MELINTA017360

Appx2690

**Table 2—Scale for Visual Evaluation of Phlebitis in the Rabbit[a]**

| rating | vein color change | region of edema or erythrema | inflammation over entire ear |
|---|---|---|---|
| 0 | no | none | no |
| 1 | yes | none | no |
| 2 | yes | 1–3 mm | no |
| 3 | yes | 4–8 mm | no |
| 4 | yes | ≥9 mm | no |
| 5 | yes | diffuse | yes |

[a] Modified from Levy et al.[11] by Ward and Yalkowsky.[31]



**Figure 3—**Schematic diagram of experimental setup (from White and Yalkowsky[37] (1991)).

venous sequela produced by a number of diazepam formulations using this scale. Also Ward and Yalkowsky used this scale to evaluate phlebitis produced by intravenous amiodarone and its placebo. Hoover et al.[32] evaluated the venous irritation produced by infusion of each of four antibiotics (tetracycline hydrochloride, erythromycin lactobionate, amphotericin B, and cephaloridine) in the rabbit ear vein. On the basis of a visual analysis of the injection site, they found that the first three produced phlebitis while cephaloridine did not.

While visual evaluation is simple and convenient, it is subjective and somewhat arbitrary. Less subjective and more quantitative in vivo techniques of measuring phlebitis were developed by Ward and Yalkowsky,[31,33,34] Ward et al.,[35,36] and White et al.[37] A specified amount of formulation is injected at a specified rate into the marginal ear vein of a rabbit. The same vein on the other ear is used as a control to account for normal temperature fluctuations. The injected and uninjected ears are monitored for up to 24 h after injection.

Initially a thermal imaging camera was used to measure the increase in temperature of the injected ear vein with respect to the control ear vein. This method provides a noninvasive means for the early detection of phlebitis. Thermal results show good agreement with histological results and with observable symptoms of phlebitis that become evident the next day.[35] More recently an improved method of measuring the temperature increase was developed by Ward et al.[36] and White and Yalkowsky.[37] This method utilizes simple thermocouples, as illustrated in Figure 3, instead of the thermal imaging camera. Thermocouples are placed at a point three centimeters downstream from the injection site and on the corresponding site of the uninjected ear. The injected and control veins are compared visually and thermally over a period of 4 h. A temperature difference of over 2 °C indicates severe phlebitis. An increase of between 1 and 2 °C suggests

moderate phlebitis, between 0.5 and 1 °C suggests mild phlebitis, and less than a 0.5 °C suggests no phlebitis. The relationship between an increase in the temperature difference and phlebitis has been confirmed by histological evaluation of both veins after 24 h.[38]

This technique enables the biological evaluation of prototype formulations for their tendency to produce phlebitis. It has been shown to be applicable to diazepam and phenytoin. Using this method, Ward et al.[35,36] and Ward and Yalkowsky[31,33,34] were able to show that an alteration in the marketed formulation of amiodarone (Cordarone, Ayerst) could eliminate phlebitis in rabbits. Similarly, Myrdal et al.[39] and Simamora et al.[40,41] showed that formulations of dexverapamil (the dextro isomer of verapamil) and levomopamil could be easily modified to eliminate phlebitis in rabbits. Also using this method, Simamora et al.[40] showed that buffered placebo solutions ranging from pH 3 to pH 10 do not produce phlebitis.

**In Vivo Pain**—Unfortunately it is not possible to measure pain in animals without inducing pain. In general an animal will jump and/or vocalize in response to acute severe pain and it will lick or favor an area in response to prolonged mild pain. Therefore, it is possible to at least crudely estimate the intensity of pain in animals by their behavior.

Pain associated with intravenous injection is generally of short duration unless it is due to phlebitis, in which case it can be quite prolonged. Although a rabbit will cry and flinch if given a painful intravenous injection, it is not generally possible to evaluate mild to moderate pain produced by intravenous injection. In fact an animal may not react noticeably to the short duration of moderate pain produced by an intravenous injection. On the other hand, all animals will struggle to get free of a very painful intravenous stimulus. On this basis Marcek et al.[42] developed a novel means of measuring intravascular pain. Rats were restrained and connected to strain gauges. They were given the test solutions 2 h after being cannulated so that there is no effect of the needle stick. The degree of struggling during and following an intravenous injection was taken as a measure of the pain produced by the injection.

Since the pain of an intramuscular or subcutaneous injection tends to last for some time it can be more easily evaluated by the behavior of the animal. For example, Celozzi et al.[43] showed that the number of times a rat or rabbit licks a paw pad in the first minute following a local injection can be taken as a measure of its discomfort. Other workers have used various modifications of this type of test to evaluate formulations. However, it must be realized that any results based upon a prolonged contact between the formulation and the injection site is not relevant to phlebitis.

Alternatively, serum levels of creatine kinase (phosphokinase) could be measured. Creatine kinase is an enzyme that is produced by cells and released in response to damage, and has been used as an indicator of pain on injection by Brazeau and Fung.[44,45] Because this enzyme can be quantitatively measured, it provides a less subjective evaluation of pain. However, it can also be released in response to emotional stress resulting from animal handling and is thus prone to false positive readings.

## In Vitro Studies

While in vivo studies provide the most direct measure of the problems commonly encountered with intravenous dosing, they are expensive and time-consuming. They also expose animals to undue stress and pain. Fortunately there are several in vitro studies that can be performed in

MELINTA017361

Appx2691

Table 3—Summary of Conventional Static in Vitro Hemolysis Studies

| authors | formulation–blood ratio | contact time (min) | compounds tested |
| --- | --- | --- | --- |
| Husa and Adams[47] | 50 | 30 | salts, sugars, and cosolvents |
| Hartman and Husa[48] | 100 | 45 | salts |
| Grosicki and Husa[49] | 100 | 45 | salts and sugars |
| Hammarlund and Pedersen-Bjergaard[50] | 100 | 45 | many pharmaceutical isoosmotic solutions |
| Cadwallader[51] | 100 | 45 | glycerin, propylene glycol |
| Ansel[52] | 200 | 45 | marketed injectable products |
| Cadwallader and Drinkard[53] | 100 | 45 | dimethylsulfoxide |
| Ku and Cadwallader[54] | 100 | 45 | monohydric alcohols |
| Cadwallader and Phillips[55] | 100 | 45 | amides |
| Smith and Cadwallader[56] | 100 | 45 | polyethylene glycols |
| Oshida et al.[57] | 10 | 30 | marketed injectable products |
| Fort et al.[26] | 100 | 20 | ethanol, propylene glycol, PEG-400 |
| Lowe et al.[58] | 100 | 60 | surfactants |
| Al-Assadi et al.[59] | 100 | 20 | surfactants |
| Reiss et al.[60] | 1 | 60 | surfactants |
| Onishi and Sagitani[61] | 1 | 15–120 | nonionic surfactants |
| Rajewski et al.[62] | 20 | 5 | cyclodextrins |
| Shiotani et al.[63] | 20 | 30 | complexing agents |

lieu of the in vivo studies described above. Since the in vitro studies can be performed by the formulator they are recommended for early formulation development, where they can be used in the selection of a final formulation for toxicology and clinical studies. However, in the interest of human safety, there is no substitute for testing the final formulation in animals (provided, of course, that all in vitro studies indicate that it is safe).

*In Vitro* Hemolysis and Tissue Damage—The earliest in vitro work on hemolysis concentrated on solution osmolality. However, once Husa and Rossi[46] demonstrated that not all iso-osmotic solutions are isotonic, it became necessary to use red blood cells in screening for hemolytic potential. The first modern method of hemolysis testing was developed by Husa and Adams.[47] They incubated one part blood with fifty parts formulation for fifty minutes, centrifuged to remove the healthy cells and the ghosts of the hemolyzed cells from the supernatant, and then determined the concentration of hemoglobin by colorometric analysis of the supernatant. Following Husa's pioneering work a number of variations on hemolysis testing were proposed and applied to various drugs and excipients. All static in vitro methods of evaluating hemolysis which use a high formulation-to-blood ratio and a long (>10 min) formulation blood contact time before centrifuging are termed "conventional". Some studies which utilized static methods to determine hemolysis are summarized in Table 3.

Reed and Yalkowsky[14–16] have shown that conventional hemolysis testing gives erratic results when applied to formulations containing certain cosolvents, surfactants, or metal ions because these components alter the ultraviolet spectrum of hemoglobin. Also, Krzyzaniak et al.[5,6] have shown that conventional hemolysis testing (one part blood to ten or more parts formulation and a mixing time which exceeds ten minutes) tends to produce false positive results. The observation of Ansel[52] that marketed formulations of aminophylline, atropine, diphenylhydantoin, and deslanoside all produce 100% hemolysis underscores the fact that an exaggerated response is produced by conventional hemolysis methods.

A novel method for the evaluation of the hemolytic potential of drug formulations has been developed by Reed and Yalkowsky.[14–16] Their method involves a "backtitration" in which the cells not hemolyzed by the test solution are separated from the supernatant, washed with normal saline, and then deliberately hemolyzed in distilled water. The hemoglobin released into the water is analyzed spectrophotometrically in the usual manner. The advantage of this method is that the analysis is done in the absence of the components of the test solution which may alter the spectrum of hemoglobin. This method was also used by Fu et al.[27] to determine hemolysis produced by surfactant and cosolvent vehicles.

At the same time Reed and Yalkowsky[14–16] radically changed the formulation–blood ratio from what had been conventionally used. Instead of mixing a small amount of blood with a large amount of formulation, they mixed one part formulation with ten parts blood. This ratio is more representative of the effective concentration produced at the injection site described in Figure 1. They also reduced the formulation blood mixing time from over 10 min (and usually over 30 min) to only 2 min. While this time is not short enough to mimic the rapid dilution of the formulation with blood that is depicted in Figure 2, it was a significant step in that direction.

Obeng and Cadwallader[64] developed a dynamic technique for measuring hemolysis. They were able to produce very short contact times by merging a stream or formulation and a stream of blood in a mixing tube and then quenching the mixture with a large excess of normal saline. The contact time was controlled by the flow rates and by the diameter and length of the mixing tube.

More recently, Krzyzaniak et al.[5,6] have developed a similar dynamic technique for determining the hemolytic potential of formulations at a wide range of contact times. In this method the formulation and blood are mixed in a 1 to 10 ratio before being quenched by a 100 fold excess of normal saline. The mixing time is controlled by the flow rates and the geometry of the mixing tube described in Figure 4. Although they studied a wide range of formulation–blood contact times, they found a 1 s contact time to be most indicative of the situation accompanying an intravenous injection. This method has been shown by Krzyzaniak et al.[4] to give results which are consistent with clinical experience for a number of formulations containing cosolvents and surfactants.

*In Vitro* Models for Precipitation—The first attempt to quantitate precipitation by an in vitro method was described by Schroeder and DeLuca.[12] Using two syringes they mixed formulation and plasma and passed the mixture through a filter. The amount of precipitation was quantitated by the weight of drug collected on the filter. Using this method they were able to show that the formulation–plasma ratio is a key factor in determining the amount of precipitate that will be formed from a given product. A similar procedure was used by Cox et al.[65]

MELINTA017362

Appx2692



**Figure 4**—Apparatus for detecting hemolysis at short contact times.



**Figure 5**—Apparatus for detecting precipitation upon dilution.



**Figure 6**—Comparison of (a) precipitation, (b) visual evaluation of phlebitis, (c) thermal evaluation of phlebitis, and (d) hemolysis produced by Amiodarone injection.

A dynamic in vitro method for determining whether a solubilized drug is likely to precipitate when it is injected into a vein or into an intravenous fluid was developed by Yalkowsky and Valvani.[66] Yalkowsky et al.[67] used this method to demonstrate that the amount of precipitation of diazepam injection is inversely proportional to the rate at which it is injected, a fact which is consistent with clinical experience. A given volume of formulation is injected at a specified rate into a stream of Sorensen's phosphate buffer, which is either observed visually or passed through a UV flow cell. The experimental set up is illustrated in Figure 5. Since the absorbance is measured at a wavelength at which neither the drug nor the formulation components absorb, it reflects only opacity, i.e., precipitation is read as absorbance because it interferes with the passage of light through the cell.

This technique enables the determination of the relationship between precipitation and injection rate as described by Yalkowsky.[68] Also, because there is a rough correlation between opacity and the amount of precipitate, this method is semiquantitative. A similar apparatus was used by Irwin and Iqbal[69] for bropirimine and by Singhai[70] for ketoprofen. Cox et al.[65] used this method with plasma as the circulating fluid. When either phenytoin injection or a formulation of a test compound was added to plasma, the opacity decreased due to dilution until precipitation occured after which opacity increased with continued addition as described above.

Using an apparatus similar to that of Figure 5, Davio et al.[30] determined the conditions under which diketirin would not precipitate. Comparison of their in vitro data with data from a 14 day infusion in monkeys demonstrated that "the in vitro precipitation system is useful in establishing concentrations and rates which avoid the problem of intravascular precipitation in preclinical animal studies".[30]

Alternatively a serial dilution of the formulation with equal volumes of Sorensen's phosphate buffer can be used

as an indicator of precipitation. A series of 10 tubes provides dilution factors between $1/2$ and $1/1024$. The rate and the amount of precipitation at the various dilution ratios is determined by visual observation. The use of a Tyndall beam can facilitate the observations. Also the cloudy mixtures can be centrifuged or filtered, and the amount of precipitate can be determined from the difference between the concentration of drug in the supernatant and the concentration calculated from the initial concentration and the dilution factor. This technique enables the quantitation of the relationship between precipitation and the degree of dilution as described by Ward et al.[18,31,33,34–36] The results of serial dilution of amiodarone are given in the top portion of Figure 6. This is typical of what is seen for drugs which precipitate on dilution.

Recently Li et al.[71] showed that the dropwise addition of formulation to diluent is a very simple means of assessing the potential of a formulation to precipitate upon dilution. Small fixed quantities (e.g., 0.1 mL) of a formulation are added to a fixed volume (e.g., 10 mL) of either blood or phosphate buffer. After each addition, the mixture is visually examined, preferably with the aid of a Tyndall beam. The appearance of either crystals or cloudiness indicates the minimum formulation–blood ratio that would result in precipitation and is another measure of the dilution stability of the formulation.

Isotonic Sorensen's phosphate buffer is used in the above dilution experiments because it has about the same buffer capacity as in situ blood. Note that neither plasma nor reconstituted blood are used. These do not contain the carbonate concentration of fresh whole blood and thus they do not have the appropriate buffer capacity.

**In Vitro Phlebitis**—Because there is currently no way to directly model inflammation of the inner vein wall cells in vitro, other cells are used as a surrogate. The most commonly used cells are muscle cells and erythrocytes.

MELINTA017363

Appx2693

Damage to muscle is measured by the depletion of creatine kinase while damage to erythrocytes is measured by hemolysis.

Hoover et al.[32] showed a relationship between the in vivo rabbit ear phlebitis produced by several antibiotics and their ability to deplete creatine kinase from monkey muscle. Laska et al [72] showed that creatine kinase depletion of rat muscle cells correlated well with local toxicity for a wide variety of parenterally administered drugs. Brazeau and Fung[44,45] showed a linear relationship between creatine kinase release in injected live rats and in vitro rat muscle cells. They also pointed out the fact that the in vitro use of rat muscle cells eliminates false positive observations resulting from animal stress.

Hoover et al.[32] also suggested that there is a weak relationship between in vitro hemolysis and phlebitis. This is not unreasonable since both hemolysis and phlebitis are the result of cell damage in the region of the injection site. However, Ward and Yalkowsky[33] showed that hemolysis is often not related to phlebitis. Hemolysis is primarily a result of either low tonicity or high local membrane toxicity of dissolved substances in the formulation. In some instances the dissolved substance that is in contact with the vein wall may be present in sufficient concentration and for a sufficient time to cause cell damage. This would result in an apparent agreement between phlebitis and hemolysis. However, this is not likely to be a common occurrence.

The combination of the relationship of injection rate to precipitation and the relationship between injection rate and phlebitis suggests a possible relationship between precipitation and phlebitis. The existence of such a relationship is further supported by the data of Ward and Yalkowsky[33,34] for amiodarone which is shown in Figure 6. These data not only shows that the incidence of phlebitis (as evaluated by either the visual scheme in Table 2 or the thermal method depicted in Figure 3) parallels the increase in precipitation at low to moderate effective concentrations. It also shows that for very fast injection rates there is a decrease in precipitation as well as a decrease in phlebitis (as measured by both methods). This is consistent with the concept of plug flow. The figure also shows that the decrease in precipitation and phlebitis at high injection rates is not paralleled by a decrease in hemolysis. Furthermore, the figure indicates that the amiodarone vehicle does not precipitate nor cause phlebitis at any concentration tested, but it does produce hemolysis at high concentrations.

The lack of a relationship between phlebitis and hemolysis is expected from the description of the injection site in Figures 1 and 2. Phlebitis is usually the result of prolonged contact of precipitated material with the vein wall cells. The importance of prolonged contact is evidenced by the fact reported by Turco[73] that the incidence of phlebitis from solution formulations is increased with increased contact (i.e., infusion) time. Furthermore, if hemolysis were an appropriate model for phlebitis, the latter would not be reduced by a very rapid injection as observed for phlebitis by Ward.[31,33,34]

Phlebitis is believed to be caused primarily by precipitation at the injection site. Therefore, the above precipitation procedures are expected to provide a good indication of the potential of a product to produce phlebitis. However, only an in vivo test will provide a final indication of the effects of precipitation. It will also provide a more realistic indication of the effect of injection rate on phlebitis.

If either precipitation or phlebitis is observed, the formulation can be modified to contain an additional solubilizing agent or additional buffer capacity. Also the formulation can be injected slowly. A slow injection into a constant flowing blood stream produces a rapid dilution. Any concentration of drug becomes soluble as infinite dilution is approached, i.e., any reasonable dose of drug will be soluble in the total blood volume. Therefore, a very slow injection (especially if into a large vein such as the femoral vein) will eliminate precipitation because there will not be sufficient time for nucleation before the drug becomes soluble.

*In Vitro* **Models for Pain**—Many parenterals produce pain when injected. Unfortunately, there are no in vitro means of determining whether an intravenous formulation will produce pain. Note that pain resulting from phlebitis can be assumed to be related to the magnitude of the phlebitis which can be modeled by precipitation as described above. Although there is no true in vitro means of assessing pain, cell damage is frequently assumed to be a reasonable indicator. In general either muscle cells or red blood cells are used for the in vitro evaluation of cell damage. While both can be evaluated visually, muscle cells are usually evaluated on the basis of creatine kinase depletion and red blood cells are evaluated by the release of hemoglobin, i.e., hemolysis.

Oshida et al.[57] provided extensive evidence of a correlation between the in vivo muscle damage reported for intramuscular formulations in clinical studies and their in vitro hemolysis. While cell damage may be a reasonable model for pain produced by intramuscular or subcutaneous injections (for which there is prolonged contact of tissue with the undiluted formulation), it is not necessarily applicable to intravascular pain where there is significant dilution of the formulation and a short formulation cell contact time. Hemolysis of cells resulting from a high formulation−blood ratio and/or a prolonged contact time has been proposed by Reed and Yalkowsky[14] as a model for cell damage resulting from intramuscular but not intravascular injection. The inability of hemolysis to consistently model pain is evidenced by the fact that ethanol is only slightly hemolytic at concentrations as high as 95%, while all concentrations above 10% are very painful upon intravenous injection.

## Summary

In order for a pharmacological agent to be either effective or toxic it must be in contact with its receptor in sufficient concentration and for a sufficient time to elicit a response. In the case of hemolysis the contact time and concentration at the red blood cell surface are determined by the blood flow rate and the injection rate. A slow injection rate allows the formulation to be rapidly diluted to a concentration which is insufficient to produce hemolysis. Even if the concentration at the injection site is large enough to produce hemolysis, the rapid dilution by blood from other veins might not leave sufficient time for the production of a response. On the other hand if the drug or one of the formulation components precipitates upon dilution with blood, that component may be in contact with the vein wall cells in a high concentration for a prolonged period of time. This can result in phlebitis.

Of the various animal models available for screening formulations for hemolysis and phlebitis the rabbit ear is the most convenient and reliable. However, since all animal use should be minimized, in vitro measurements are more desirable as well as less expensive. Those dynamic in vitro methods that mimic the fluid dynamics at the injection site give results that are more meaningful and which correlate better with in vivo data than do static methods.

While phlebitis is often associated with pain, hemolysis is not. If red blood cells are used as a model for muscle

MELINTA017364

cells, hemolysis produced by contact with high formulation concentrations for long times can be reflective of pain produced by intramuscular injection. In general those vehicles that produce hemolysis in static testing will also cause tissue damage on intramuscular injection.

*In vitro* screening of formulations for their potential to precipitate and to produce hemolysis is a simple and inexpensive means of eliminating formulations that are likely to produce clinical problems. Further elimination of unsatisfactory formulations on the basis of in vivo studies using rabbits can then provide a high level of assurance of a successful clinical formulation.

The replacement of hemolytic components by more benign components can produce safer formulations. Precipitation of solubilized drug can be minimized by the use of additional solubilizing agent(s) or additional buffer capacity, provided that they do not produce any additional undesirable effects. The solubilization of drugs for parenteral administration has been discussed extensively by Yalkowsky.[17] If it is absolutely necessary to use a formulation that has the potential to precipitate, phlebitis can be minimized and sometimes totally eliminated by ensuring rapid dilution of the formulation with blood.

Rapid dilution of the formulation, i.e., slow injection and/or deep vein injection, can minimize the above problems by minimizing the effective venous concentrations of the drug and excipients. Any concentration of drug becomes soluble as infinite dilution is approached, i.e., any reasonable dose of drug will be soluble in the total blood volume. A slow injection into a constant flowing blood stream produces a rapid dilution. A slow injection rate and a large blood volume flow contribute to a rapid dilution and a reduced likelihood of precipitation. Therefore, a very slow injection (especially if into a large vein such as the femoral vein) will eliminate precipitation because there will not be sufficient time for nucleation before the drug becomes soluble. Similarly, injection into small veins (such as those of the wrist) should be avoided because their low blood flow rate would result in a high local venous concentration of drug and an increased likelihood of precipitation

## References and Notes

1. Turco, S. J. *Sterile Dosage Forms*, 4th ed.; Lea & Febiger: Malvern, PA, 1996.
2. Avis, K. E.; Lachman, L.; Lieberman, H. A., Eds. Parenteral Drug Administration: Routes, Precautions, Problems, Complications, and Drug delivery Systems. In *Pharmaceutical Dosage Forms: Parenteral Medications*; Marcel Dekker: New York, 1986; Vol. 2.
3. Avis, K. E.; Lachman, L.; Lieberman, H. A., Eds. Parenteral Drug Administration: Routes, Precautions, Problems, Complications, and Drug delivery Systems. In *Pharmaceutical Dosage Forms: Parenteral Medications*, 2nd ed.; Marcel Dekker: New York, 1992; Vol. 1.
4. Krzyzaniak, J. F.; Raymond, D. M.; Yalkowsky, S. H. Lysis of Human Red Blood Cells 1: Effect of Contact Time on Water Induced Hemolysis. *PDA J. Pharm. Sci. Technol.* **1996,** *50,* 223−226.
5. Krzyzaniak, J. F.; Raymond, D. M.; Yalkowsky, S. H. Lysis of Human Red Blood Cells 2: Effect of Contact Time on Cosolvent Induced Hemolysis. *Int. J. Pharm.* **1997,** *152,* 193−200.
6. Krzyzaniak, J. F.; Alvarez Nunez, F.; Raymond, D. M.; Yalkowsky, S. H. Lysis of Human Red Blood Cells 4 Comparison of In Vitro and In Vivo Hemolysis Data. *J. Pharm. Sci.* **1997,** *86,* 1215−1217.
7. Berkow, R. *The Merck Manual,* 14 ed.; Merck: Rahway, NJ, 1992; p 1162.
8. Boon, J.; Bremer, G. H.; Bainbridge, D. J. M.; Crankshaw, D. P. Post Infusion Thrombophlebitis. *Anaest. Intens. Care* **1981,** *9,* 23.
9. Hilleman, D. E.; Hansen, J. M.; Mohiuddin, S. M. Amiodarone-Induced Infusion Phlebitis. *Clin. Pharm.* **1989,** *6,* 364−367.
10. Jamerson, B. D.; Dukes, G. E.; Brouwer, K. L. R.; Dom, K. H.; Messenheimer, J. A.; Powell, J. R. Venous Irritation Related to Intravenous Administration of Phenytoin versus Fosphenytoin. *Pharmacotherapy* **1994,** *14,* 46−52.
11. Levy, M. Y.; Langerman, L.; Sabag, S. G.; Benita, S. Side Effect Evaluation of a New Diazepam Formulation. *Pharm. Res.* **1989,** *6,* 510−516.
12. Schroeder, H. G.; DeLuca, P. B. A Study on the In Vitro Precipitation of Poorly Soluble Drugs from Nonaqueous Vehicles in Human Plasma. *Bull. Parenter. Drug Assoc.* **1973,** *28,* 1−14.
13. Graham, C. W.; Pagano, R. R.; Connor, J. T. Pain and Clinical Thrombophlebitis following Intravenous Diazepam and Lorazepam. *Anaesthesia* **1978,** *33,* 188−191.
14. Reed, K. W.; Yalkowsky, S. H. Lysis of Human Red Blood Cell in the Presence of Various Cosolvents. *J. Parenter. Sci. Technol.* **1985,** *39,* 64.
15. Reed, K. W.; Yalkowsky, S. H. Lysis of Human Red Blood Cells. II. The Effect of Differing NaCl Concentrations. *J. Paren. Sci. Technol.* **1986,** *40,* 88.
16. Reed, K. W.; Yalkowsky, S. H. Lysis of Human Red Blood Cells in the Presence of Various Cosolvents. III. The Relationship between Hemolytic Potential and Structure. *J. Parenter. Sci. Technol.* **1987,** *41,* No. 1, 37-39.
17. Yalkowsky, S. H. *Solubility and Solubilization of Drugs*; American Chemical Society: Washington, DC, in press, 1998.
18. Ward, G. H.; Yalkowsky, S. H. The Role of the Effective Concentration in Interpreting Hemolysis Data. *J. Parenter. Sci. Technol.* **1992,** *46,* 161−162.
19. Ross, S. Infusion Phlebitis. *Nursing Res.* **1972,** *21,* 313.
20. Brittain, R. T.; D'Arcy, P. F. Hematologic Effects Following the Intravenous Injection of Propylene Glycol in the Rabbit. *Toxicol. Appl. Pharmacol.* **1962,** *4,* 738.
21. Wickliffe, B. W.; Cadwallader, D. E.; Ansel, H. C. Radioisotope Analysis of *In Vivo* Hemolysis Following Intravenous Injections. *Bull. Parenter. Drug Assoc.* **1968,** *22,* 105.
22. Berg, G.; Fedor, E. J.; Fisher, B. Physiologic Observations Related to the Transurethral Resection Reaction. *J. Urol.* **1962,** *87,* 596.
23. Banziger, R. Hemolysis Testing In Vivo of Parenteral Formulations. *Bull. Parenter. Drug Assoc.* **1967,** *21,* 148−151.
24. Carpenter, C. P.; Woodside, M. D.; Kinkead, E. R.; King, J. M.; Sullivan, L. J. Response of Dogs to Repeated Intravenous Injection of Polyethylene Glycol 4000 with Notes on Excretion and Sensitization. *Toxicol. Appl. Pharmacol.* **1971,** *18,* 35.
25. Gentry, P. A.; Black, W. D. Influence of Pentobarbital Sodium Anesthesia on Hematological Values in the Dog. *Am. J. Vet. Res.* **1976,** *37,* 1349−1352.
26. Fort, F. L.; Hayman, I. A.; Kesterson, J. W. Hemolysis study of Aqueous Polyethylene Glycol 400, Propylene Glycol and Ethanol Combinations In Vivo and *In Vitro. J. Parenter. Sci. Tech* **1984,** *38,* 82−87.
27. Fu, R. C.; Lidgate, D. M.; Whatley, D. L.; McCullough, T. The Biocompatibility of Parenteral Vehicles-*In Vitro/ In Vivo* Screening Comparison and the Effect of Excipients on Hemolysis. *J. Parenter. Sci. Technol.* **1987,** *41,* 164−168.
28. Powis, G.; Kovach, J. S. Disposition of Bisantrene in Humans and Rabbits: Evidence for Intravascular Deposition of Drug as a Cause of Phlebitis. *Cancer Res.* **1983,** *43,* 925−929.
29. Sambandan, T. G.; Yalkowsky, S. H. Unpublished results, 1985.
30. Davio, S. R.; McShane, M. M.; Kaluk, T. J.; Zaya, R. M.; Cole, S. L. Precipitation of the Rennin Inhibitor Diketirin Upon iv Infusion; In Vitro Studies and Their Relationship to In Vivo Precipitation in the Cynomolgus Monkey. *Pharm. Res.* **1991,** *8,* 80−83.
31. Ward, G. H.; Yalkowsky, S. H. Studies in Phlebitis IV: Injection Rate and Amiodarone Induced Phlebitis. *J. Parenter. Sci. Technol.* **1993,** *47,* 40−43.
32. Hoover, D. M.; Gardner, J. B.; Timmerman, T. L.; Klepfer, J. A.; Laska, D. A.; White, S. L.; McGrath, J. P.; Buening, M. K.; Williams, P. D. Comparison of In Vitro and In Vivo Models to assess venous irritation of Parenteral Antibiotics. *Fundam. Applic. Toxicol.* **1990,** *14,* 589−597.
33. Ward, G. H.; Yalkowsky, S. H. Studies in Phlebitis V: Hemolysis as a Model for Phlebitis. *J. Parenter. Sci. Technol.* **1993,** *47,* 44−46.
34. Ward, G. H.; Yalkowsky, S. H. Studies in Phlebitis VI: Dilution-Induced Precipitation of Amiodarone HCl. *J. Parenter. Sci. Technol.* **1993,** *47,* 161−165.
35. Ward, G. H.; Nolan, P. E.; Chawla, M.; Yalkowsky, S. H. Studies in Phlebitis: Detection and Quantitation Using a Thermographic Camera. *Pharm. Res.* **1991,** *8,* 76−79.
36. Ward, G. H.; Nolan, P. E.; White, M.; Yalkowsky, S. H. Studies in Phlebitis II. Early Detection of Amiodarone-Induced Phlebitis in a Rabbit Model. *Pharm. Res.* **1991,** *8,* 801−803.

MELINTA017365

Appx2695

37. White, M.; Yalkowsky, S. H. Studies in Phlebitis. III. Evaluation of Diazepam and Phenytoin. *Pharm. Res.* **1991**, *8*, 1340–1341.

38. Hurley, J. V. *Acute Inflammation*; Churchill Livingstone: Edinburgh, 1986.

39. Myrdal, P. B.; Simamora, P.; Surakitbanharn, Y.; Yalkowsky, S. H. Studies in Phlebitis VII: In Vitro and In Vivo Evaluation of pH Solubilized Levomopamil. *J. Pharm. Sci.* **1995**, *84*, 849–852.

40. Simamora, P.; Pinsuwan, S.; Alvarez, J.; Myrdal, P.; Yalkowsky, S. H. Effect of pH on Injection Phlebitis. *J. Pharm. Sci.* **1995**, *84*, 520–522.

41. Simamora, P.; Pinsuwan, S.; Surakitbanharn, Y.; Yalkowsky, S. H. Studies in Phlebitis. VIII: Evaluation of pH Solubilized Intravenous Desverapamil Formulations. *PDA J. Pharm. Sci. Technol.* **1996**, *50/2*, 123–128.

42. Marcek, J. M.; Seaman, W. J.; Weaver, R. J. A Novel Approach for the Determination of the Pain-Producing Potential of Intravenously Injected Substances in the Conscious Rat. *Pharm. Res.* **1992**, *9*, 182–186.

43. Celozzi, E.; Lotti, V. J.; Stapley, O. E.; Miller, A. K. An Animal Model for Assessing Pain-On-Injection of Antibiotics *J. Pharm. Methods* **1980**, *4*, 285–289.

44. Brazeau, G. A.; Fung, H. L. An In Vitro Model to Evaluate Muscle Damage Following Intramuscular Injection. *Pharm. Res.* **1989**, *6*, 167–170.

45. Brazeau, G. A.; Fung, H. L. Use of an In Vitro Model for the Assessment of Muscle Damage from Intramuscular Injections: In Vitro-In Vivo Correlation and Predictability with Mixed Solvent Systems. *Pharm. Res.* **1989**, *6*, 767–771.

46. Husa, W. J.; Rossi, A. O. A Study of Isotonic Solutions. *J. Am. Pharm. Assoc., Sci. Ed.* **1942**, *31b*, 270–277.

47. Husa, W. J.; Adams, J. R. Isotonic Solutions II. The Permeability of Red Corpuscles to Various Substances. *J. Am. Pharm. Assoc., Sci. Ed.* **1944**, *33*, 329–332.

48. Hartman, C. W.; Husa, W. J. Isotonic Solutions V. The Permeability of Red Corpuscles to Various Salts. *J. Am. Pharm. Assoc., Sci. Ed.* **1957**, *46*, 430–433.

49. Grosicki, T. S.; Husa, W. J. Isotonic Solutions III. Amino Acids and Sugars. *J. Am. Pharm. Assoc., Sci. Ed.* **1954**, *43*, 632–635.

50. Hammarlund, E. R.; Pedersen-Bjergaard, K. Hemolysis of Erythrocytes in Various Iso-osmotic Solutions. *J. Pharm. Sci.* **1961**, *50*, 24–30.

51. Cadwallader, D. E. Behavior of Erythrocytes in Various Solvent Systems I: Water-Glycerin and Water-Propylene Glycol. *J. Pharm. Sci.* **1963**, *52*, 1175–1180.

52. Ansel, H. C. Intravenous Solutions and the Erythrocyte. *Am. J. Hosp. Pharm.* **1964**, *21*, 25–28.

53. Cadwallader, D. E.; Drinkard, J. P. Behavior or Erythrocytes in Various Solvent Systems IV: Water-Dimethyl sulfoxide. *J. Pharm. Sci.* **1967**, *58*, 1220–1224.

54. Ku, S. H.; Cadwallader, D. E. Behavior of Erythrocytes in Various Solvent Systems VI: Water-Monohydric Alcohols. *J. Pharm. Sci.* **1974**, *63*, 60–64.

55. Cadwallader, D. E.; Phillips, J. R. Behavior or Erythrocytes in Various Solvent Systems V: Water-Liquid Amides. *J. Pharm. Sci.* **1969**, *58*, 1220–1224.

56. Smith, B. L.; Cadwallader, D. E. Behavior of Erythrocytes in Various Solvent Systems III: Water-Polyethylene Glycols. *J. Pharm. Sci.* **1967**, *56*, 351–355.

57. Oshida, S.; Degawa, k.; Takahashi, Y. and Akaishi, S. Physico-Chemical Properties and Local Toxic Effects of Injectables. *Tohoku J. Exp. Med.* **1979**, *127*, 301–316.

58. Lowe, K.; Furmidge, B.; Thomas, S. Haemolytic Properties of Pluronic Surfactants and effects of Purification. *Artif. Cells, Blood Substitutes, Immobilization Biotechnol.* **1995**, *23*, 135–139.

59. Al-Assadi, H.; Baillie, A. J.; Florence, A. T. The Haemolytic Activity of Non-Ionic Surfactants. *Int. J. Pharm.* **1989**, *53*, 161.

60. Riess, J. G.; Pace, S.; Zarif, L. Highly Effective Surfactants with Low Hemolytic Activity. *Adv. Mater.* **1991**, *3*, 249–251.

61. Ohnishi, M.; Sagitani, H. The Effect of Nonionic Surfactant Structure on Hemolysis. *J. Am. Oil Chem. Soc.* **1993**, *70*, 679–684.

62. Rajewski, R. A.; Traiger, G.; Bresnahan, J.; Jaberaboansari, P.; Stella, V. J.; Thompson, D. O. Preliminary Safety Evaluation of Parenterally Administered Sulfoalkyl Ether β-Cyclodextrin Derivatives. *J. Pharm. Sci.* **1995**, *84*, 927–932.

63. Shiotani, K.; Uehata, K.; Irie, T.; Uekama, K.; Thompson, D. O.; Stella, V. J. Differential Effects of Sulfate and Sulfobutyl Ether of β-Cyclodextrin on Erythrocyte Membranes. *Pharm. Res.* **1995**, *12*, 78–84.

64. Obeng, E. K.; Cadwallader, D. E. In Vitro Method for Evaluating the Hemolytic Potential of Intravenous Solutions. *J. Parenter. Sci. Technol.* **1989**, *43*, 167–173.

65. Cox, J. W.; Sage, G. P.; Wynalda, M. A.; Ulrich, R. G.; Larson, P. G.; Su, C. C. Plasma Compatibility of Injectables: Comparison of Intravenous U-74006F, a 21-Aminosteroid Antioxidant, with Dilantin Brand of Parenteral Phenytoin. *J. Pharm. Sci.* **1991**, *80*, 371–375.

66. Yalkowsky, S. H.; Valvani, S. C. Precipitation of Solubilized Drugs Due to Injection or Dilution. *Drug Intell.* **1977**, *11*, 417–419.

67. Yalkowsky, S. H.; Valvani, S. C.; Johnson, B. W. In vitro Method for Detecting Precipitation of Parenteral Formulations After Injection. *J. Pharm. Sci.* **1983**, *72*, 1014–1017.

68. Yalkowsky, S. H., Ed. *Techniques of Solubilization of Drugs*, Marcel Dekker: New York, 1981.

69. Irwin, W. J.; Iqbal, M. Brupirimine Formulation. The Dynamic Testing of Injections. *Int. J. Pharm.* **1992**, *83*, 241–249.

70. Singhai, A. K.; Jain, S.; Jain, N. K. Evaluation of an Aqueous Injection of Ketoprofen. *Pharmazie* **1997**, *52*, 149–151.

71. Li, P.; Tabibi, E. S.; Vishnuvahalla, R.; Yalkowsky, S. H. Unpublished results, 1997.

72. Laska, D. A.; Williams, P. D.; Reboulet, J. T.; Morris, R. M. The L6 Muscle Cell Line as a Tool to Evaluate Parenteral Products for Irritation. *J. Parenter. Sci. Technol.* **1991**, *45/2*, 77–82.

73. Turco, S. J. Infusion Phlebitis. *Hosp. Pharm.* **1974**, *9*, 422–426.

JS980051I

MELINTA017366

Appx2696